## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

**In re: BERNARD WILLIAM GARDNER§**                    **Cause no. 23-41083**
                                §                    **Chapter 13**

### NOTICE OF HEARING

TO ALL PARTIES IN INTEREST:

This is to inform you that a hearing on Arlington City Center LLC's Motion for Relief from

Automatic Stay has been set for a preliminary hearing on July 26, 2023 at 9:30 a.m., before the

Honorable Mark Mullin, by WebEx video conference only using the following link:

Link:        https://us-courts.webex.com/meet/morris
Dial in:     1.650.479.3207
Meeting ID:  473 581 124

DATED: July 6, 2023

                                Respectfully submitted,

                                /s/ Brandy M. Alexander
                                Brandy M. Alexander
                                State Bar No. 24108421
                                2502 La Branch St
                                Houston, Texas 77004
                                Tel: (832) 360-2318
                                Fax: (346) 998-0886
                                Email: brandyalexander@alexanderpllc.com

### NOTICE

**ABSENT COMPELLING CIRCUMSTANCES WARRANTING AN ALTERNATIVE PROCEDURE, EVIDENCE PRESENTED AT PRELIMINARY HEARINGS IN THE DALLAS AND FORT WORTH DIVISIONS ON MOTIONS FOR RELIEF FROM THE AUTOMATIC STAY WILL BE BY AFFIDAVIT ONLY. THE RESPONDING PARTY SHALL SERVE EVIDENTIARY AFFIDAVITS AT LEAST 2 DAYS IN ADVANCE OF SUCH HEARING. THE FAILURE OF A RESPONDENT TO FILE AN EVIDENTIARY AFFIDAVIT, OR THE FAILURE OF AN ATTORNEY TO ATTEND A SCHEDULED AND NOTICED PRELIMINARY HEARING, SHALL BE GROUNDS FOR GRANTING THE RELIEF, REGARDLESS OF THE FILING OF A RESPONSE TO THE MOTION.**

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing document was served on July 6, 2023 by the Court's ECF noticing system on (i) the Debtors' counsel, (ii) counsel for any committee appointed or elected in this case; (iii) any party scheduled holding a lien against the property, (iv) the United States Trustee; (v) any trustee or examinator appointed in this case; and (vi) all parties requesting notice under L.B.R. 2002-1(j), as required under L.B.R. 4001-1, 7004, and 9014-1(b).

*Counsel for Debtor*
LEE LAW FIRM, PLLC
8701 Bedford Euless Road, Suite 510
Hurst, TX 76053
Tel : (469) 646-8995
Fax : (469) 694-1059
Email : ecf@leebankruptcy.com

*Trustee*
Pam Bassel
860 Airport Freeway, Suite 150
Hurst, TX 76054
Tel: (214) 767-8967

*U.S. Trustee*
United States Trustee
1100 Commerce, Room 976
Dallas, Texas 75242

*/s/ Brandy M. Alexander*
Brandy M. Alexander