IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

In re: BERNARD WILLIAM GARDNER§                    Cause no. 23-41083
§                                                  Chapter 13

**AFFIDAVIT IN SUPPORT OF ARLINGTON CITY CENTER LLC'S MOTION FOR RELIEF FROM AUTOMATIC STAY**

STATE OF TEXAS                    §
                                  §
COUNTY OF Tarrant                 §

Before me, the undersigned authority, on this day personally appeared the undersigned Affiant, who being by my duly sworn, an oath stated:

1. "My full name is _Markus Childress_."

2. "I am an authorized representative of Arlington City Center LLC ("Arlington") and I have the care, custody, and control of all records concerning the leased premise occupied by Bernard Gardner. All facts recited herein are within my personal knowledge, and are true and correct."

3. "To gain the information necessary to make this affidavit, I have reviewed the account information and file maintained by Arlington with respect to the tenant, Bernard Gardner. Further, by virtue of my position with Arlington, I have knowledge about the methods of document preparation by it. The documents identified as business records in this Affidavit are memorandums, reports, records, or data compilations, of acts, events, conditions, or opinions, made at or near the time, by or from information transmitted by a person with knowledge, and are kept in a course of a regularly conducted business activity of Arlington, and it was the regular practice of the business activity to make the memorandum, report, records, or data compilation."

4. "Attached is the lease for the property located at 101 S. Center St, Arlington, Texas 76010 herein as Exhibit A. According to the lease, the monthly rent payment was $799.00 per month."

5. "Attached is the ledger herein as Exhibit B. As of making this affidavit, Bernard Gardner is in default, has not cured the default, nor has paid the monthly rent. Total arrears as of July 26, 2023 would be $ 3,790.44                    ."

6. "The total arrears for rent post-petition, from April 18, 2023 to July 26, 2023, is $2,397.00."

7. "Bernard Gardner is still in possession of the property at located 101 S. Center St, Arlington, Texas 76010."

FURTHER, AFFFIANT SAYETH NOT.

_____
Agent for Arlington City Center LLC

SUBSCRIBED AND SWORN TO BEFORE ME on this the 24th day of July        , 2023.

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

Printed Name: Hunter Jimenez

My commission expires:

08/12/2026

HUNTER JIMENEZ
Notary Public, State of Texas
Comm. Expires 08-12-2026
Notary ID 133906969

# EXHIBIT A

**TEXAS APARTMENT ASSOCIATION**
**M E M B E R**

# Student Housing Lease

## General Lease Provisions

**1. Parties.** This Lease ("Lease") is between you, the resident:
**Bernard Gardner**_____

_____
and us, the owner: **Arlington City Center LLC**_____
_____
_____
(name of apartment community or title holder).

**2. Apartment.** You are renting ❏ Apartment No. _____**TBD**_____,
Bedroom No. _____, *or* ☒ Floor Plan
**4x4A**_____
at **101 S. Center St**_____
(street address) in _____**Arlington**_____
(city), Texas ___**76010**___ (zip code) for use as a private residence only.

When this lease is signed, all fees are paid and any guarantor paperwork is received, we will set aside a bedroom from our inventory for you. We will notify you of your bedroom assignment prior to move-in if not noted above.

**2.1. Use and Occupancy.** Your access may include exclusive areas, shared common space in the unit, and common areas in the property.

We may assign another person to share a bedroom with you. If the apartment has a separate bathroom for each bedroom, you and any other person assigned to your bedroom will have exclusive use of that bathroom.

We do not make any representations about the identity, background or suitability of any other resident, and we are under no obligation to perform any resident screening of any kind, including credit, prior resident history or criminal background. Any disputes that arise are your responsibility to resolve directly in a reasonable manner that complies with this Lease. Disputes are not grounds to terminate this Lease.

You have a non-exclusive right to use other areas in the unit, including the kitchen, living area, patios/balconies and other shared spaces. Both you and other residents have equal rights to use the space and amenities in the unit common area. It is a violation of this Lease to use any spaces not assigned to you, and we have the right to assign a roommate to any vacancy at any time with or without notice.

**2.2. Access Devices.** In accordance with our policies, you'll receive access devices for your apartment and mailbox, and other access devices including:
**1 mailbox key, 1 front door/amenity fob,**__
**1 gate remote**_____

**3. Term.** The term of this Lease begins on the __**28th**__ day of
_____**August**_____ (month), __**2022**__ (year), and ends at
noon on the __**31st**__ day of _____**July**_____ (month),
__**2023**___ (year). **This Lease does not automatically renew.**

You will not gain possession of the apartment until the beginning of the lease term, even if installment payments begin before that date.

**3.1. Holdover.** You or any occupant, invitee, or guest must not hold over beyond the end of the Lease term. If a holdover occurs, then (A) holdover rent is due in advance on a daily basis and may become delinquent without notice or demand; (B) rent for the holdover period will be increased by 25% over the then-existing rent, without notice; and (C) you'll be liable to us (subject to our mitigation duties) for all rent for the full term of the previously signed Lease of a new resident who can't occupy because of the holdover.

**4. Rent and Charges.** Your rent for the term is $____**9588.00**____.
Under this Lease and in accordance with our policies, your total amount due is payable in advance and without demand in __**12**__ installments of $____**799.00**_____ each. This amount may include or exclude other fees and charges as outlined in your lease package.

The first installment is due on or before the 1st of the month in which this Lease begins. All other payments must be made by the 1st of the month in which they are due, with no grace period. This amount is owed by you and is not the total rent owed by all residents.

If you don't pay the first installment by the date above, the total rent for the Lease term may be automatically accelerated without notice and become immediately due. We also may end your right of occupancy and recover damages, future rent, reletting charges, attorney's fees, court costs, and other lawful charges. Our rights, remedies and duties under Par. 9 and 24 apply to acceleration under this paragraph. *You must pay your installments on or before the 1st day of the month in which they are due. There is no grace period, and you agree that not paying by the 1st of the month is a material breach of this Lease. Cash is not acceptable without our prior written permission. You cannot withhold or offset rent unless authorized by law. Your obligation to pay rent does not change if there is a reduction of amenity access or other services performed by us.* If you don't pay rent on time,

you'll be in default and subject to all remedies under state law and this Lease. After the due date, we do not have to accept any payments.

**4.1. Payments.** You will pay your rent:

❏ at the onsite manager's office
☒ through our online payment site
❏ at _____
_____.

We may, at our option, require at any time that you pay all rent and other sums due for any installment period in one single payment by any method we specify. Payment of each sum due is an independent covenant. Rent and late fees are due without demand, and all other sums are due upon our demand.

**4.2. Application of Money Received.** When we receive money, other than utility payments subject to government regulation, we may apply it at our option and without notice first to any of your unpaid obligations, then to current rent. We may do so regardless of notations on checks or money orders and regardless of when the obligations arose.

**4.3. Utilities and Services.** We'll pay for the following if checked:

❏ gas          ☒ water          ☒ wastewater   ❏ electricity
☒ trash/recycling ☒ cable/satellite ☒ Internet
☒ stormwater/drainage           ❏ government fees
❏ other _____
_____.

Your per-person share of any submetered or allocated utilities or services for the apartment will be included as an itemized charge on a billing statement to you. "Per person" is determined by the number of residents authorized to be living in the apartment at the time of the utility billing to you by us or our agent. You'll pay for all other utilities and services, related deposits, and any charges or fees on such utilities and services during your Lease term.

**4.4. Late Fees.** If you don't pay rent in full by 11:59 p.m. on the __**3rd**__ day (3rd or greater) of the month, you must pay us the following initial late fee immediately and without demand in addition to the unpaid rent: ☒ __**9.99**__% of your installment amount as stated in this Lease or ❏ $_____.

In addition, for _____ days until rent and late fees are paid in full, you must pay a daily late fee of $_____ per day or _____% of your installment amount per day.

You'll also pay a charge of $___**50.00**___ for each returned check or rejected electronic payment, plus initial and daily late fees, until we receive acceptable payment.

**4.5. Lease Changes.** No rent increases or Lease changes are allowed during the Lease term, except for those allowed by special provisions, by a written addendum or amendment signed by you and us, or by reasonable changes of apartment rules.

**5. Security Deposit.** Your security deposit is $___**150.00**___, due on or before the date this Lease is signed. Any animal deposit will be stated in an animal addendum.

**5.1. Refunds and Deductions.** *In accordance with our policies and as allowed by law, we may deduct from your security deposit the amount of damages beyond normal wear and tear.* We'll mail you your security-deposit refund (less lawful deductions) and an itemized accounting of any deductions, no later than 30 days after surrender or abandonment, unless laws provide otherwise.

You'll also be liable for the following charges, if applicable: unpaid rent; unpaid utilities; unreimbursed service charges; repairs or damages caused by negligence, carelessness, accident, or abuse, including stickers, scratches, tears, burns, stains, or unapproved holes; replacement cost of our property that was in or attached to the apartment and is missing; replacing dead or missing alarm or detection-device batteries at any time; utilities for repairs or cleaning; trips to let in company representatives to remove your telephone, Internet, television services, or rental items (if you so request or have moved out); trips to open the apartment when you or any guest or occupant is missing a key; unreturned keys; missing or burned-out light bulbs; removing or rekeying unauthorized security devices or alarm systems; agreed reletting charges; packing, removing, or storing property removed or stored under Par. 27; removing or booting illegally parked vehicles; special trips for

*Bernard W Gardner*          *Brad Andersen*

trash removal caused by parked vehicles blocking dumpsters; false security-alarm charges unless due to our negligence; animal-related charges under Par. 19; government fees or fines against us for violation (by you, your occupants, or your guests) of local ordinances relating to alarms and detection devices, false alarms, recycling, or other matters; late-payment and returned-check charges; and other sums due under this Lease. You'll be liable to us for: (A) charges for replacing any keys and access devices if you don't return them all on or before your actual move-out date; (B) accelerated rent if you've violated Par. 24; and (C) a reletting fee if you've violated Par. 9. *We may also deduct from your security deposit our reasonable costs incurred in rekeying security devices required by law if you vacate the apartment in breach of this Lease.*

**6. Guests.** "Guests" include anyone entering the apartment for any reason related to your occupancy. You are responsible for the conduct of your guests, invitees, family members, and any other person whom you allow to enter the property or apartment, as if such conduct were your own. Unless otherwise stated in this Lease or in our policies, no more than 10 people may be present in the apartment at one time.

Other than residents and authorized occupants, no one else may occupy the apartment. Guests are not permitted to stay in the apartment for more than __3__ consecutive days without our prior written consent. If the previous blank isn't filled in, two consecutive days will be the limit.

**6.1. Exclusion of Persons.** We may exclude from the apartment community any guests or others who, in our judgment, have been violating the law, violating this Lease or our rules, or disturbing other residents, neighbors, visitors, or owner representatives. We may also exclude from any outside area or common area anyone who refuses to show photo identification or refuses to identify himself or herself as a resident, an occupant, or a guest of a specific resident in the community.

**7. Care of Unit/Common Areas and Damages.** You must promptly pay or reimburse us for loss, damage, consequential damages, government fines or charges, or cost of repairs or service in the apartment community because of a Lease or rules violation; improper use; negligence; other conduct by you, your invitees, your occupants, or your guests; or any other cause not due to our negligence or fault as allowed by law, except for damages by acts of God to the extent they couldn't be mitigated by your action or inaction.

*Unless damage or wastewater stoppage is due to our negligence, we're not liable for—and you must pay for—repairs, replacements, and damage of the following kind if occurring during the Lease term or renewal period: (A) damage to doors, windows, or screens; (B) damage from windows or doors left open; and (C) damage from wastewater stoppages caused by improper objects in lines exclusively serving your apartment.*

Each resident is jointly and severally liable for all Lease obligations relating to any shared areas and utilities (if applicable). All residents will be jointly responsible for damage to the apartment that we do not determine (in our sole discretion) was caused by a specific resident, and for other amounts due under the Lease.

In addition to other obligations outlined in this Lease, you are liable for your per-person share of animal violation charges, missing batteries from smoke or other detectors, government fines, or damages to the apartment if we cannot, in our reasonable judgment, ascertain the identity of the person who caused the damages or the charge or fee to be incurred. "Per person" is determined by the number of persons, include you and other residents, authorized to live in the apartment at the time of the damage, charge, fine or violation.

**8. Insurance.** *Our insurance doesn't cover the loss of or damage to your personal property.* You are:
- ☒ required to buy and maintain renter's or liability insurance (see attached addendum), *or*
- ☐ not required to buy renter's or liability insurance.

*If neither option is checked, insurance is not required but is still strongly recommended. Even if not required, we urge you to get your own insurance for losses due to theft, fire, water, pipe leaks, and similar occurrences.* Renter's insurance doesn't cover losses due to a flood. Information on renter's insurance is available from the Texas Department of Insurance.

**9. Unlawful Early Move-Out and Reletting Charge.** You'll be liable for a reletting charge of $____**679.15**____ (not to exceed 85% of your installment amount during the Lease term) if you: (A) fail to move in; (B) move out without paying rent in full for the entire Lease term; (C) move out at our demand because of your default; or (D) are judicially evicted.

*The reletting charge is not a Lease cancellation fee nor a buyout fee and does not release you from your obligations under this Lease.* It is a liquidated amount covering only part of our damages—for the time, overhead, and expense in turning the unit and finding or processing a replacement resident. These damages are uncertain and hard to as-

-ticularly those relating to inconvenience, paperwork, advertising, showing apartments, utilities for showing, checking prospects, overhead, marketing costs, and locator-service fees. You agree that the reletting charge is a reasonable estimate of our damages and that the charge is due whether or not our reletting attempts succeed. If no amount is stipulated, you must pay our actual reletting costs as far as they can be determined. The reletting charge doesn't release you from continued liability for future or past-due rent; charges for cleaning, repairing, repainting, or dealing with unreturned keys; or other sums due.

**10. Security and Safety Devices.** We'll pay for missing security devices that are required by law. *You'll pay for: (A) rekeying that you request (unless we failed to rekey after the previous resident moved out); and (B) repairs or replacements because of misuse or damage by you or your family, your occupants, or your guests.* You must pay immediately after the work is done unless state law authorizes advance payment. You must also pay in advance for any additional or changed security devices you request.

*Texas Property Code secs. 92.151, 92.153, and 92.154 require, with some exceptions, that we provide at no cost to you when occupancy begins: (A) a window latch on each window; (B) a doorviewer (peephole) on each exterior door; (C) a pin lock on each sliding door; (D) either a door-handle latch or a security bar on each sliding door; (E) a keyless bolting device (deadbolt) on each exterior door; and (F) either a keyed doorknob lock or a keyed deadbolt lock on one entry door. Keyed locks will be rekeyed after the prior resident moves out. The rekeying will be done either before you move in or within 7 days after you move in, as required by law. If we fail to install or rekey security devices as required by law, you have the right to do so and deduct the reasonable cost from your next rent payment under Texas Property Code sec. 92.165(1). We may deactivate or not install keyless bolting devices on your doors if (A) you or an occupant in the dwelling is over 55 or disabled, and (B) the requirements of Texas Property Code sec. 92.153(e) or (f) are satisfied.*

**10.1. Smoke Alarms and Detection Devices.** We'll furnish smoke alarms or other detection devices required by law or city ordinance. We may install additional detectors not so required. We'll test them and provide working batteries when you first take possession of your apartment. Upon request, we'll provide, as required by law, a smoke alarm capable of alerting a person with a hearing-impairment disability.

You must pay for and replace batteries as needed, unless the law provides otherwise. We may replace dead or missing batteries at your expense, without prior notice to you. Neither you nor others may disable alarms or detectors. *If you damage or disable the smoke alarm, or remove a battery without replacing it with a working battery, you may be liable to us under Texas Property Code sec. 92.2611 for $100 plus one month's rent, actual damages, and attorney's fees.*

**10.2. Duty to Report.** You must immediately report to us any missing, malfunctioning or defective security devices and smoke alarms/detectors. You'll be liable to us and others if you fail to report malfunctions, or fail to report any loss, damage, or fines resulting from fire, smoke, or water.

**11. Delay of Occupancy.** We are not responsible for any delay of your occupancy caused by construction, repairs, cleaning, or a previous resident's holding over. This Lease will remain in force subject to (1) abatement of rent on a daily basis during delay and (2) your right to terminate the lease in writing as set forth below. Rent abatement or Lease termination does not apply if the delay is for cleaning or repairs that don't prevent you from moving into the apartment.

If there is a delay of your occupancy, you agree to work with us to find a reasonable alternative. If we haven't given notice of delay as set forth immediately below, you may terminate this Lease up to the date when the apartment is ready for occupancy, but not later. **Termination notice must be in writing.** After termination, you are entitled only to refund of any deposit(s) and any rent you paid.

(a) If we give written notice to you when or after the Lease begins—and the notice states that occupancy has been delayed because of construction or a previous resident's holding over, and that the apartment will be ready on a specific date—you may terminate the Lease within 3 days after you receive written notice, but not later.

(b) If we give you written notice before the date the Lease begins and the notice states that a construction delay is expected and that the apartment will be ready for you to occupy on a specific date, you may terminate the Lease within 7 days after receiving written notice, but not later.

The readiness date stated in the written notice becomes the new effective Lease date for all purposes. This new date can't be moved to an earlier date unless we and you agree in writing.

*Bernard W Gardner*   *Brad Andersen*

**Resident Life**

**12. Community Policies and Rules.** Our rules are considered part of this Lease. You, your occupants, and your guests must comply with all written apartment rules and community policies, including instructions for care of our property. We may regulate the use of patios, balconies, and porches, and activities in common areas. We may make reasonable changes to written rules, and those rules can become effective immediately if the rules are distributed and applicable to all units in the apartment community and do not change the dollar amounts on pages 1 and 2 of this Lease.

**12.1. Photo/Video Release.** When signing this Lease, you grant us permission to use any photograph or video taken of you while you are using property common areas or participating in any event sponsored by us.

**12.2. Limitations on Conduct.** Your apartment and other areas reserved for your use must be kept clean. Trash must be disposed of at least weekly in appropriate receptacles in accordance with local ordinances. Passageways may be used only for entry or exit. You will use balconies with care and will not overload them. Any swimming pools, saunas, spas, tanning beds, exercise rooms, storerooms, laundry rooms, and similar areas must be used with care and in accordance with apartment rules and posted signs. Glass containers are prohibited in or near pools and all other common areas. Within the apartment community, you, your occupants, and your guests must not use candles or kerosene lamps or heaters without our prior written approval, or cook on balconies or outside. You, your occupants, and your guests must not solicit business or contributions. Conducting any kind of business (including child-care services) in your apartment or in the apartment community is prohibited—except that any lawful business conducted "at home" by computer, mail, or telephone is permissible if customers, clients, patients, or other business associates do not come to your apartment for business purposes.

**12.3. Notice of Convictions and Registration.** You must notify us within 15 days if you or any of your occupants are convicted of (A) any felony, or (B) any misdemeanor involving a controlled substance, violence to another person, or destruction of property. You must also notify us within 15 days if you or any of your occupants register as a sex offender. Informing us of a criminal conviction or sex-offender registration doesn't waive any rights we may have against you.

**12.4. Attendance and Enrollment.** We may, at our option, require information about your attendance and enrollment. If required by us, you must notify us prior to any extended absence from your unit that is for more than 14 days and not during a regular school break. If you are suspended or expelled by an educational institution, we have the right, but not the obligation, to terminate your Lease. Within 10 days of your suspension or expulsion, you must give us written notice if our policies require this information. At our request, the educational institution may give us information about your enrollment status.

**12.5. Virus Rules and Notification.** You agree to follow any community policies or rules related to COVID-19 and/or other virus strains (collectively "Viruses"). **If you suspect or know you have been exposed to any Virus, you should follow guidelines from the CDC and state or local health authorities.**

**13. Prohibited Conduct.** You, your occupants, and your guests may not engage in the following activities:

    (a) criminal conduct; manufacturing, delivering, or possessing a controlled substance or drug paraphernalia; engaging in or threatening violence; possessing a weapon prohibited by state law; discharging a firearm in the apartment community; or, except when allowed by law, displaying or possessing a gun, knife, or other weapon in the common area, or in a way that may alarm others;

    (b) behaving in a loud or obnoxious manner;

    (c) disturbing or threatening the rights, comfort, health, safety, or convenience of others (including our agents and employees) in or near the apartment community;

    (d) disrupting our business operations;

    (e) storing anything in closets containing gas appliances;

    (f) tampering with utilities or telecommunications;

    (g) bringing hazardous materials into the apartment community;

    (h) using windows for entry or exit;

    (i) heating the apartment with a gas-operated cooking stove or oven;

    (j) injuring our reputation by making bad-faith allegations against us to others; or

    (k) smoking of any kind, in accordance with our policies.

or may not be guaranteed parking. If parking is provided, we may regulate the time, manner, and place of parking of all motorized vehicles and other modes of transportation, including bicycles and scooters. You must comply with our parking policies. In addition to other rights we have to tow or boot vehicles under state law, we also have the right to remove any vehicle that is not in compliance with our policies at the expense of the owner or operator.

**15. Release of Resident.** *You may have the right under Texas law to terminate the Lease early in certain situations involving military deployment or transfer, family violence, certain sexual offenses, stalking or death of a sole resident.* If you're not entitled to terminate this Lease under these specific circumstances, you won't be released from this Lease for any reason.

**16. Resident Safety and Loss.** *We are not liable to you, other residents in your unit or your guests for any damage, injury or loss to person or property caused by other persons, including but not limited to theft, burglary, assault, vandalism or other crimes.* We're also not liable to you, other residents in your unit or your guests for any damage, injury or loss to person or property from fire, flood, water leaks, rain, hail, ice, snow, smoke lightning, wind, explosions, interruption of utilities or other occurrences unless such damage injury or loss is caused exclusively by our negligence. We are not responsible for, and will not provide fire or casualty insurance for, your personal property. You are strongly encouraged to secure insurance to protect against all of the above.

You acknowledge that we are not equipped or trained to provide personal security services to you, other residents or your guests. You recognize that we are not required to provide any private security services and that no security devices or measures on the property are fail-safe. You further acknowledge that even if an alarm is provided it is a mechanical device that requires proper operation by you regarding coding and maintaining the alarm. Any charges resulting from the use of an intrusion alarm will be charged to you, including but not limited to any false alarms with police/fire/ambulance response or other required city charges.

*We do not warrant security of any kind.* You agree that you will not rely upon any security measures taken by us for personal security, and that you will call local law enforcement authorities if any security needs arise, along with 911 or any other applicable emergency number if an emergency occurs.

**17. Condition of the Premises and Alterations.**
**17.1. As-Is.** *We disclaim all implied warranties.* You accept the apartment, fixtures, and furniture as is, except for conditions materially affecting the health or safety of ordinary persons. You'll be given an Inventory & Condition form on or before move-in. Within 48 hours after move-in, you must note on the form all defects or damage, sign the form, and return it to us. Otherwise, everything will be considered to be in a clean, safe, and good working condition.

**17.2. Standards and Improvements.** You must use customary diligence in maintaining the apartment and not damaging or littering the common areas. Unless authorized by law or by us in writing, you must not do any repairs, painting, wallpapering, carpeting, electrical changes, or otherwise alter our property. No holes or stickers are allowed inside or outside the apartment. Unless our rules state otherwise, we'll permit a reasonable number of small nail holes for hanging pictures on sheetrock walls and grooves of wood-paneled walls. No water furniture, washing machines, extra phone or television outlets, alarm systems, or lock changes, additions, or rekeying is permitted unless allowed by law or we've consented in writing. You may install a satellite dish or antenna, but only if you sign our satellite-dish or antenna lease addendum, which complies with reasonable restrictions allowed by federal law. You must not alter, damage, or remove our property, including alarm systems, detection devices, furniture, telephone and television wiring, screens, locks, and security devices. When you move in, we'll supply light bulbs for fixtures we furnish, including exterior fixtures operated from inside the apartment; after that, you'll replace them at your expense with bulbs of the same type and wattage. Your improvements to the apartment (made with or without our consent) become ours unless we agree otherwise in writing.

**18. Requests, Repairs and Malfunctions.**
**18.1. Written Requests Required.** *If you or any occupant needs to send a request—for example, for repairs, installations, services, ownership disclosure, or security-related matters—it must be written and delivered to our designated representative in accordance with our policies* (except for fair-housing accommodation or modification requests or situations involving imminent danger or threats to health or safety, such as fire, smoke, gas, explosion, or crime in progress). Our written notes on your oral request do not constitute a written request from you. Our complying with or responding to any oral request regarding security or any other matter doesn't waive the strict requirement for written notices under this Lease. A request for maintenance or repair by anyone residing in your bedroom or apartment constitutes a request from all residents.

*Bernard W Gardner*     *Brad Andersen*

**18.2. Notifications and Requirements.** You must notify us in writing of water leaks or excessive moisture, mold, electrical problems, malfunctioning lights, broken or missing locks or latches, and other conditions that pose a hazard to property, health, or safety. Unless we instruct otherwise, you are required to keep the apartment cooled or heated according to our policies.

**18.3. Utilities.** We may change or install utility lines or equipment serving the apartment if the work is done reasonably without substantially increasing your utility costs. We may turn off equipment and interrupt utilities as needed to avoid property damage or to perform work. If utilities malfunction or are damaged by fire, water, or similar cause, you must notify our representative immediately.

**18.4. Casualty Loss and Equipment Repair.** We'll act with customary diligence to make repairs and reconnections, taking into consideration when casualty-insurance proceeds are received. Unless required by statute after a casualty loss, or during equipment repair, your rent will not abate in whole or in part. Air-conditioning problems are normally not emergencies. If air-conditioning or other equipment malfunctions, you must notify us as soon as possible on a business day.

**18.5. Our Right to Terminate for Casualty Loss/Property Closure.** If we believe that fire or catastrophic damage is substantial, or that performance of needed repairs poses a danger to you, we may terminate this Lease by giving you at least 7 days' written notice. We also have the right to terminate this Lease during the Lease term by giving you at least 30 days' written notice of termination if we are demolishing your apartment or closing it and it will no longer be used for residential purposes for at least 6 months, or if the property is subject to eminent domain. If the Lease is so terminated, we'll refund prorated rent and all deposits, less lawful deductions. We may also remove personal property if it causes a health or safety hazard.

**19. Animals.**

**19.1. No Animals Without Consent.** *No animals (including mammals, reptiles, birds, fish, rodents, amphibians, arachnids, and insects) are allowed, even temporarily, anywhere in the apartment or apartment community unless we've given written permission.* If we allow an animal, you must sign a separate animal addendum and, except as set forth in the addendum, pay an animal deposit. An animal deposit is considered a general security deposit. The animal addendum includes information governing animals, including assistance or service animals. We'll authorize an assistance or support animal for a disabled person without requiring an animal deposit. We may require verification of your disability and the need for such an animal. You represent that any requests you made are true, accurate and made in good faith. You must not feed stray or wild animals.

**19.2. Removal of Unauthorized Animal.** We may remove an unauthorized animal by (1) leaving, in a conspicuous place in the apartment, a written notice of our intent to remove the animal within 24 hours; and (2) following the procedures of Par. 20. We may keep or kennel the animal, or turn it over to a humane society, local authority or rescue organization. When keeping or kenneling an animal, we won't be liable for loss, harm, sickness, or death of the animal unless due to our negligence. You must pay for the animal's reasonable care and kenneling charges. If we consent to your request to keep the animal and you complete an Animal Addendum and pay all fees, we'll return the animal to you.

**19.3. Violations of Animal Policies and Charges.** If you or any guest or occupant violates the animal restrictions of this Lease or other animal rules with or without your knowledge, you'll be subject to charges, damages, eviction, and other remedies provided in this Lease, including an initial charge of $__100.00__ per animal (not to exceed $100 per animal) and a daily charge of $__10.00__ per animal (not to exceed $10 per day per animal) from the date the animal was brought into your apartment until it is removed. If an animal has been in the apartment at any time during your term of occupancy (with or without our consent), we'll charge you for all cleaning and repair costs, including defleaing, deodorizing, and shampooing. Initial and daily animal-violation charges and animal-removal charges are liquidated damages for our time, inconvenience, and overhead (except attorney's fees and litigation costs) in enforcing animal restrictions and rules.

**20. When We May Enter.** If you or any co-resident, guest or occupant is present, then repairers, servicers, contractors, law officers, government representatives, lenders, appraisers, prospective residents or buyers, insurance agents, persons authorized to enter under your rental application, or our representatives may peacefully enter the bedroom or apartment at reasonable times for reasonable business purposes. If nobody is in the bedroom or apartment, then any such person may enter peacefully and at reasonable times by duplicate or master key (or by breaking a window or other means when necessary) for reasonable business purposes if written notice of the entry is left in a conspicuous place in the apartment immediately after the entry.

notices to you or any other resident or occupant of the apartment constitute notice to all residents. Unless this Lease or the law requires otherwise, any notice required to be provided, sent or delivered in writing by us may be given electronically, subject to our rules. A notice from us to you to pay sums owed only by you will be addressed to you only. You represent that you have provided your current electronic mail address to us, and that you will notify us in the event your electronic mail address changes.

**22. Subletting, Transfers, Relocation and Replacements.** *Prior written consent required. Replacing a resident, subletting, or assigning a resident's rights is allowed only when we consent in writing.*

**22.1. Transfers.** You must get our prior written approval for any transfer. If a transfer is approved, you must:
   (a) be in compliance with all terms of this Lease;
   (b) execute a new Lease or other agreement for the space to which you are transferring;
   (c) complete all required forms;
   (d) pay a new security deposit in advance if required; and
   (e) pay a transfer fee of $_250.00_ in advance if you are moving from one unit to another or $_250.00_ in advance if you are moving from one exclusive space to another in the same unit.

Under no circumstances will we be responsible for paying your moving costs.

**22.2. Relocation.** We reserve the right at any time, upon five days prior written notice to you and without your having to pay any transfer fee, to relocate you to another bedroom in the apartment or to another apartment within the apartment community.

**22.3. Replacement.** If a departing or remaining resident finds a replacement resident acceptable to us before moving out and we expressly consent to the replacement, subletting, or assignment, then:
   (a) a reletting charge or reasonable administrative (paperwork) fee may be due, and a rekeying fee will be due if rekeying is requested or required; and
   (b) the departing and remaining residents will remain liable for all Lease obligations for the rest of the original Lease term.

If we approve a replacement resident, then, at our option, that resident must sign a new Lease. Deposits will not transfer. The departing resident will no longer have a right to occupancy but will remain liable for the remainder of the original Lease term unless we agree otherwise in writing—even if a new Lease is signed.

**22.4. Rental Prohibited.** You agree that you won't rent or offer to rent your bedroom or all or any part of your apartment to anyone else. You agree that you won't accept anything of value from anyone else for the use of any part of your apartment. You agree not to list any part of your apartment on any lodging rental website or with any service that advertises dwellings for rent.

<div style="background:red;color:white;text-align:center;font-weight:bold">Owner's Rights and Remedies</div>

**23. Our Responsibilities.** We'll act with customary diligence to:
   (a) keep common areas reasonably clean, subject to Par. 17;
   (b) maintain fixtures, hot water, heating, and air-conditioning equipment;
   (c) substantially comply with all applicable laws regarding safety, sanitation, and fair housing; *and*
   (d) make all reasonable repairs, subject to your obligation to pay for damages and items for which you're liable.

**23.1. Your Remedies.** *If we violate any of the above, you may possibly terminate this Lease and exercise other remedies under Texas Property Code Sec. 92.056 by following this procedure:*
   (a) all rent must be current, and you must make a written request for repair or remedy of the condition—after which we'll have a reasonable time for repair or remedy;
   (b) if we fail to do so, you must make a second written request for the repair or remedy (to make sure that there has been no miscommunication between us)—after which we'll have a reasonable time to repair or remedy; and
   (c) if the repair or remedy still hasn't been accomplished within that reasonable time period, you may immediately terminate this Lease by giving us a final written notice.

*You also may exercise other statutory remedies, including those under Texas Property Code sec. 92.0561.*

*⁴ Bernard W Gardner*   *³⁶ Brad Andersen*

**23.2. Request by Mail.** Instead of giving the two written requests referred to above, you may give us one request by certified mail, return receipt requested, registered mail, or by any trackable mail or delivery method through the postal service or a private delivery service—after which we'll have a reasonable time to repair or remedy. "Reasonable time" accounts for the nature of the problem and the reasonable availability of materials, labor, and utilities. Your rent must be current when you make any request. We'll refund security deposits and prorated rent as required by law.

## 24. Default by Resident.

**24.1. Acts of Default.** You'll be in default if: (A) you don't timely pay rent or other amounts you owe; (B) you or any guest or occupant violates this Lease, apartment rules, or fire, safety, health, or criminal laws, regardless of whether or where arrest or conviction occurs; (C) you abandon the bedroom or apartment; (D) you give incorrect or false answers in a rental application; (E) you or any occupant is arrested, charged, detained, convicted, or given deferred adjudication or pretrial diversion for (1) a felony offense involving actual or potential physical harm to a person, or involving possession, manufacture, or delivery of a controlled substance, marijuana, or drug paraphernalia as defined in the Texas Controlled Substances Act, or (2) any sex-related crime, including a misdemeanor; (F) you are found to have any illegal drugs or paraphernalia in your apartment; (G) you or any occupant, in bad faith, makes an invalid habitability complaint to an official or employee of a utility company or the government; or (H) you allow a co-resident who has been evicted to stay in your bedroom or the apartment.

The resident defaults contained in the Lease will be limited to conduct by you or any of your invitees, guests or occupants, or to conduct in which you and any invitee, guest, occupant or resident participated. The remedies for a default committed solely by a resident in the apartment will be limited to those that affect that resident only.

**24.2. Eviction.** *If you default or hold over, we may end your right of occupancy by giving you at least a 24-hour written notice to vacate.* Notice may be given by: (A) regular mail; (B) certified mail, return receipt requested; (C) personal delivery to any resident; (D) personal delivery to the bedroom or apartment to any occupant over 16 years old; (E) affixing the notice to the inside of the apartment's main entry door; or (F) securely affixing the notice to the outside of the apartment's main entry door as allowed by law. Notice by mail under (A) or (B) will be considered delivered on the earlier of actual delivery, or 3 days (not counting Sundays or federal holidays) after the notice is deposited in the U.S. Postal Service with postage. Termination of your possession rights or a later reletting doesn't release you from liability for future rent or other Lease obligations. *After giving notice to vacate or filing an eviction suit, we may still accept rent or other sums due;* the filing or acceptance doesn't waive or diminish our right of eviction or any other contractual or statutory right. Accepting money at any time doesn't waive our right to damages, to past or future rent or other sums, or to our continuing with eviction proceedings. If you are evicted, you must leave the apartment and cannot live in another bedroom or anywhere else in the apartment. *In an eviction, rent is owed for the full rental period and will not be prorated.*

**24.3. Acceleration.** Unless we elect not to accelerate rent, all rent for the rest of the Lease term or renewal period will be accelerated automatically without notice or demand (before or after acceleration) and will be immediately due and delinquent if, without our written consent: (A) you move out, remove property in preparing to move out, or you or any occupant gives oral or written notice of intent to move out before the Lease term or renewal period ends; and (B) you haven't paid all rent for the entire Lease term or renewal period. Such conduct is considered a default for which we need not give you notice. Remaining rent will also be accelerated if you're judicially evicted or move out when we demand because you've defaulted. Acceleration is subject to our mitigation obligations below.

**24.4. Other Remedies.** We may report unpaid amounts to credit agencies as allowed by law. If we or a third-party debt collector we use tries to collect any money you owe us, you agree that we or the debt collector may call you on your cellphone and may use an automated dialer. If you default, you will pay us, in addition to other sums due, any amounts stated to be rental discounts or concessions agreed to in writing. A prevailing party may recover reasonable attorney's fees and all other litigation costs from the nonprevailing parties, except a party may not recover attorney's fees and litigation costs in connection with a party's claims seeking personal-injury, sentimental, exemplary or punitive damages. We may recover attorney's fees in connection with enforcing our rights under this Lease. You agree that late charges are liquidated damages representing a reasonable estimate of the value of our time, inconvenience, and overhead associated with collecting late rent (but are not for attorney's fees and litigation costs). All unpaid amounts you owe, including judgments, bear 18% interest per year from the due date, compounded annually. You must pay all collection-agency fees if you fail to pay sums due within 10 days after we mail you a letter demanding payment and stating that collection-agency fees will be added if you don't pay all sums by that deadline. You are also liable for a charge (not to exceed $150) to cover our time, cost and expense for any eviction proceeding against you, plus attorney's fees, court costs, and filing fees actually paid.

**24.5. Mitigation of Damages.** If you move out early, you'll be subject to Par. 9 and all other remedies. We'll exercise customary diligence to relet and minimize damages. We'll credit all later rent that we actually receive from subsequent residents against your liability for past-due and future rent and other sums due.

**24.6. Default by Other Residents.** If there is a default by another resident, it may not be possible to prevent their occupancy of the apartment during legal proceedings.

## 25. Other Important Provisions.

**25.1. Representatives' Authority; Waivers; Notice.** *Our representatives (including management personnel, employees, and agents) have no authority to waive, amend, or terminate this Lease or any part of it unless in writing, and no authority to make promises, representations, or agreements that impose security duties or other obligations on us or our representatives, unless in writing.* Any dimensions and sizes provided to you relating to the apartment are only approximations or estimates; actual dimensions and sizes may vary. No action or omission by us will be considered a waiver of our rights or of any subsequent violation, default, or time or place of performance. Our not enforcing or belatedly enforcing written-notice requirements, rental due dates, acceleration, liens, or other rights isn't a waiver under any circumstances. Except when notice or demand is required by law, you waive any notice and demand for performance from us if you default. We may require a guarantor if you do not qualify on your own. If anyone else has guaranteed performance of this Lease, a separate Lease Guaranty for each guarantor must be executed and submitted in accordance with our policies. If the Lease Guaranty is not executed and submitted per our policies, we may, at our option, terminate this Lease. Written notice to or from our managers constitutes notice to or from us. Any person giving a notice under this Lease should keep a copy of the memo, letter, or fax that was given (and any fax-transmittal verification). Fax or electronic signatures are binding. All notices must be signed.

**25.2. Miscellaneous.** All remedies are cumulative. Exercising one remedy won't constitute an election or waiver of other remedies. All provisions regarding our nonliability or nonduty apply to our employees, agents, and management companies. No employee, agent, or management company is personally liable for any of our contractual, statutory, or other obligations merely by virtue of acting on our behalf. This Lease binds subsequent owners. This Lease is subordinate to existing and future recorded mortgages, unless the owner's lender chooses otherwise. All Lease obligations must be performed in the county where the apartment is located. This Lease remains in effect if any provision or clause is invalid or if initials are omitted on any page. If you have insurance covering the apartment or your personal belongings at the time you or we suffer or allege a loss, you and we agree to waive any insurance subrogation rights. All notices and documents may be in English and, at our option, in any other language that you read or speak. The term "including" in this Lease should be interpreted to mean "including but not limited to." Nothing in this Lease constitutes a waiver of our remedies for a breach under your prior lease that occurred before the lease term in Par. 3 begins.

**25.3. Force Majeure.** If we are prevented from completing substantial performance of any obligation under this Lease by an act of God, strikes, epidemics, war, acts of terrorism, riots, flood, fire, hurricane, tornado, sabotage, or other occurrence that is beyond our control, then we shall be excused from any further performance of obligations to the fullest extent allowed by law. Your exposure to or contracting of a Virus does not excuse you from fulfilling your Lease obligations.

## End of the Lease

**26. Move-Out Procedures.** The move-out date can't be changed unless we and you both agree in writing. You won't move out before the Lease term or renewal period ends unless all rent for the entire Lease term or renewal period is paid in full. Early move-out may result in reletting charges and acceleration of future rent under Par. 9 and 24. You're prohibited by law from applying any security deposit to rent. You can't stay beyond the date you're supposed to move out. All residents, guests, and occupants must surrender or abandon the bedroom and apartment before the 30-day period for deposit refund begins. You must give us and the U.S. Postal Service, in writing, each resident's forwarding address.

**26.1. Cleaning.** You must thoroughly clean the apartment, including doors, windows, furniture, bathrooms, kitchen appliances, patios, balconies, garages, carports, and storage rooms. You must follow move-out cleaning instructions if they have been provided. If you don't clean adequately, you'll be liable for reasonable cleaning charges—including charges for cleaning carpets, draperies, furniture, walls, etc. that are soiled beyond normal wear (that is, wear or soiling that occurs without negligence, carelessness, accident, or abuse).

**26.2. Move-Out Inspection.** You should meet with our representative for a move-out inspection. Our representative has no authority to bind or limit us regarding deductions for repairs, damages, or charges. Any statements or estimates by us or our representative are subject to our correction, modification, or disapproval before final accounting or refunding.

*Bernard W Gardner*        *Brad Andersen*

**27. Surrender and Abandonment.** You have *surrendered* the bedroom and apartment when: (A) the move-out date has passed and no one is living in the bedroom in our reasonable judgment; *or* (B) bedroom and apartment keys and access devices have been turned in to us—whichever happens first.

You have **abandoned** the bedroom and apartment when all of the following have occurred: (A) you appear to have moved out of the bedroom in our reasonable judgment; (B) clothes, furniture, and personal belongings have been substantially removed from the bedroom in our reasonable judgment; (C) you've been in default for nonpayment of rent for 5 consecutive days, or water, gas, or electric service for the apartment not connected in our name has been terminated or transferred; *and* (D) you've not responded for 2 days to our notice left on the inside of the main entry door stating that we consider that you have abandoned the apartment. A bedroom or apartment is also considered abandoned 10 days after the death of a sole resident.

**27.1. The Ending of Your Rights.** Surrender, abandonment, or judicial eviction ends your right of possession for all purposes and gives us the immediate right to clean up, make repairs in, and relet the bedroom or apartment; determine any security-deposit deductions; and remove property left in the apartment. Surrender, abandonment, and judicial eviction affect your rights to property left in the apartment, but don't affect our mitigation obligations.

**27.2. Removal of Property Left in Apartment after Surrender, Abandonment, or Eviction.** We, or law officers, may—but have no duty to—remove or store all property that in our sole judgment belongs to you and remains in the bedroom, apartment or in common areas (including any vehicles you or any occupant or guest owns or uses) after you're judicially evicted or if you surrender or abandon the bedroom or apartment.

**27.3. Storage.** We may—but have no duty to—store property removed after judicial eviction, surrender, or abandonment of the bedroom or apartment. *We're not liable for casualty, loss, damage, or theft.* You must pay reasonable charges for our packing, removing and storing any property.

If we've removed and stored property after surrender, abandonment, or judicial eviction, you may redeem only by paying all sums you owe, including rent, late fees, reletting charges, storage charges, damages, etc.

Except for animals, we may throw away or give to a charitable organization all personal property that is:
(1) left in the bedroom or apartment after surrender or abandonment; *or*
(2) left outside more than 1 hour after writ of possession is executed, following judicial eviction.

An animal removed after surrender, abandonment, or eviction may be kenneled or turned over to a local authority, humane society, or rescue organization.

## General Provisions and Signatures

**28. Disclosure of Information.** We may, but are not obligated to, share and use information related to this lease for law-enforcement, governmental, or business purposes. At our request, any utility provider may give us information about pending or actual connections or disconnections of utility service to your apartment.

**29. TAA Membership.** We represent that, at the time of signing this Lease, we, the management company representing us, or any locator service that procured you is a member in good standing of both the Texas Apartment Association and the affiliated local apartment association for the area where the apartment is located. The member is either an owner/management-company member or an associate member doing business as a locator service (whose name and address must be disclosed on page 6). If not, the following applies: (A) this Lease is voidable at your option and is unenforceable by us (except for property damages); and (B) we may not recover past or future rent or other charges. A signed affidavit from the affiliated local apartment association attesting to nonmembership when the Lease or renewal was signed will be conclusive evidence of nonmembership.

**30. Cancellation.** If written cancellation is received within 72 hours of the date you sign this Lease, the Lease will be voided with no penalties to you, unless we have received the first installment or you have been issued keys.

**31. Waivers.** By signing this Lease, you agree to the following:
**31.1. Class Action Waiver.** You agree that you will not participate in any class action claims against us or our representatives. You must file any claim against us individually, and **you expressly waive your ability to bring, represent, join or otherwise maintain a class action, collective action or similar proceeding against us in any forum.**

YOU UNDERSTAND THAT, WITHOUT THIS WAIVER, YOU COULD BE A PARTY IN A CLASS ACTION LAWSUIT. **BY SIGNING THIS LEASE, YOU ACCEPT THIS WAIVER AND CHOOSE TO HAVE ANY CLAIMS DECIDED INDIVIDUALLY.** THE PROVISIONS OF THIS PARAGRAPH SHALL SURVIVE THE TERMINATION OR EXPIRATION OF THIS LEASE.

**31.2. Virus Warning and Waiver.** Due to the inherent risk of exposure to Viruses on the premises as defined in Section 92.001 of the Texas Property Code (the "Premises"), it is important that you diligently follow all posted instructions, written rules, and generally accepted health precautions concerning the spread of Viruses while on the Premises. Viruses may be extremely contagious and can lead to severe illness and death. You should always assume that anyone could have a Virus. There is no representation or warranty that: (1) the Premises are or will remain free of Viruses, (2) persons on the Premises, including any roommate, are not carrying Viruses; or (3) exposure to Viruses cannot occur on the Premises.

While on the Premises, including in your unit:
(a) **You must exercise due care for your safety at all times.**
(b) **You agree to take full responsibility for and voluntarily assume all risks related to exposure to Viruses.**
(c) **You agree to release, indemnify, discharge, and hold us and our representatives harmless to the fullest extent allowed by law for all present and future claims and liabilities relating to Viruses, including but not limited to any negligent act or omission by us, which might occur as a result of your being on the Premises.**

**32. Special Provisions.** The following or attached special provisions and any addenda or written rules furnished to you at or before signing will become a part of this Lease and will supersede any conflicting provisions of this printed Lease form.

Electricity remains in the owner's name. Every unit is individually metered by the utility. Residents are responsible for electricity costs that exceed a $25.00 per month allowance per resident for each unit. Charges will be divided equally among all occupants residing within a single unit. Residents are responsible for one-time setup fee of $66.00

**Before submitting a rental application or signing this Lease, you should review the documents and may consult an attorney. You are legally bound by this Lease when you sign it. A facsimile or electronic signature on this Lease is as binding as an original signature.**

**The leasing process will be completed after we review, approve and return a countersigned Lease to you. You understand a contract has been formed even if the specific apartment or bedroom is to be assigned at a later date.**

**Additional provisions or changes may be made to the Lease if agreed to in writing by the parties. This Lease is the entire agreement between you and us. You are NOT relying on any oral representations.**

*Resident* (sign below)

_____
(Name of Resident)                              Date signed

*Owner or Owner's Representative* (signing on behalf of owner)
_____

Address and phone number of owner's representative for notice purposes
101 S. Center St., _____
Arlington, TX 76010 _____
(817)784-7258 _____

After-hours phone number _____ **(817) 784-7258** _____
(Always call 911 for police, fire, or medical emergencies.)

*Bernard W Gardner*        *Brad Andersen*

## FLOOD DISCLOSURE NOTICE

In accordance with Texas law, we are providing the following flood disclosure:

- We ☐ are or ☒ are not aware that the unit you are renting is located in a 100-year floodplain. If neither box is checked, you should assume the unit is in a 100-year floodplain. Even if the unit is not in a 100-year floodplain, the unit may still be susceptible to flooding. The Federal Emergency Management Agency (FEMA) maintains a flood map on its Internet website that is searchable by address, at no cost, to determine if a unit is located in a flood hazard area. Most renter's insurance policies do not cover damages or loss incurred in a flood. You should seek insurance coverage that would cover losses caused by a flood.

- We ☐ are or ☒ are not aware that the unit you are renting has flooded (per the statutory definition below) at least once within the last five years.

  *As defined in Texas Property Code 92.0135(a)(2), "flooding" means "a general or temporary condition of a partial or complete inundation of a dwelling caused by: (A) the overflow of inland or tidal waters; (B) the unusual and rapid accumulation of runoff or surface waters from any established water source such as a river, stream, or drainage ditch; or (C) excessive rainfall."*


Signatures of All Residents                    Signature of Owner or Owner's Representative

_____          _____

_____

_____          _____
                                                                              Date
_____

_____

_____

Texas Apartment Association

*⁷ Bernard W Gardner    ³⁹ Brad Andersen*

## LEASE ADDENDUM FOR ADDITIONAL SPECIAL PROVISIONS

1. **Addendum.** This is an addendum to the TAA Lease for Apt. No. _____**TBD**_____ in the
**Arlington City Center LLC**

_____ Apartments in _____**Arlington**_____,
Texas **OR**

the house, duplex, etc. located at *(street address)* _____
_____ in _____, Texas.

2. **Purpose.** The following special provisions become part of the Lease:

_____
_____
_____
_____
_____

[remainder of ruled lines blank]

_____        _____
Signature of All Residents                        Signature of Owner or Owner's Representative

_____

_____

_____

_____

_____

Texas Apartment Association

*Bernard W Gardner*   *Brad Andersen*

## ELECTRICAL SUBMETERING ADDENDUM

1. **Addendum.** This is an addendum to the TAA Lease Contract for Apt. No. _____**TBD**_____ in the **Arlington City Center LLC** _____

_____ Apartments in _____**Arlington**_____ ,

Texas **OR**

the house, duplex, etc. located at (street address) _____

_____ in _____, Texas.

2. **Electrical Submetering.** Your dwelling unit is submetered for electricity. You'll receive electricity bills monthly, based on how many kilowatt-hours (KWHs) you use as recorded on the submeter for the dwelling unit described above.

3. **Coverage and Cost.** Your monthly bill for electricity for your dwelling unit will cover only electricity consumed within your dwelling unit. The submeter bill will not include any electricity for common areas or common facilities. Your per-KWH cost will be what the electric utility company charges us for an average KWH, that is, our total bill divided by the apartment community's total KWH consumption. There will be no extra charge of any kind for electrical consumption through your submeter. Billing calculations are governed by Rule 25.142 of the Public Utility Commission of Texas.

4. **Your Payment Due Date.** You must pay your monthly electric submeter bill within 16 days after the date when we issue it. If you don't pay it within 16 days, you'll be liable for a late payment charge of 5 percent of the bill. You must pay your bill directly to [check one] ☐ us at the same place where you pay your rent or ☒ the address specified in your submeter bill. If your electric service is disconnected for nonpayment, we can charge you up to $10 for a reconnection fee. The Public Utility Commission regulates electric submetering rules. A summary of the rules is set forth on the reverse side of this page.

5. **Late Payment.** If you are late in paying the electric bill, we may cut off your electricity pursuant to statutory procedures. We may also exercise all other lawful remedies, including eviction. If your electric service must be re-established after it is disconnected for nonpayment, we will also charge you a $ _____**10.00**_____ reconnection fee (not to exceed $10, based on our average cost to reconnect service.)

Signatures of All Residents

_____

_____

_____

_____

_____

Signature of Owner or Owner's Representative

### A CHECKLIST OF ELECTRICITY CONSERVATION IDEAS FOR YOUR DWELLING

1. Keep doors and windows closed when running your air conditioning unit for cooling or heating.
2. When you're inside your dwelling, set all thermostats at 78 degrees in the summer and use fans to make it feel cooler.
3. When you'll be gone more than four hours, change the thermostat to 80 degrees when cooling and 55 degrees when heating.
4. In the winter, keep the temperature at 68 during the day and lower the thermostat temperature to 55 degrees at night.
5. Adjust window blinds or drapes to keep out direct sunlight in the summer and let in direct sunlight in the winter.
6. Use a microwave instead of using an oven, whenever possible.
7. Take showers rather than tub baths to conserve hot water heated by electricity.
8. Make sure your air conditioner is clean. Changing dust filters on your air conditioning unit is important. Filters are essential to keep airborne dust from gathering on the cooling coils and preventing the air conditioning compressor from using more electricity. Also, when a filter is dirty it loses its dust-gathering capacity, and it will then use more electricity in circulating air because of the accumulation of dust in the filter.
9. Turn off lights, TVs, computers and other electrical equipment when leaving a room.
10. Close vents and doors to unused rooms.
11. Use energy settings on dishwashers, washing machines and clothes dryers. Run when fully loaded. Use at night.
12. Consider using compact fluorescent light bulbs rather than standard incandescent bulbs.

Texas Apartment Association

⁹ *Bernard W Gardner*    ⁴¹ *Brad Andersen*

## SUMMARY OF TEXAS PUBLIC UTILITY COMMISSION SUBMETERING RULES FOR ELECTRICITY

**The Texas Public Utility Commission (PUC) has adopted comprehensive submetering rules for electricity. Those rules (or a summary of those rules approved by the PUC) must be attached to your Lease Contract. PUC Substantive Rules §25.141 and §25.142, relating to submetering, may be found on the PUC website at** [ https://www.puc.texas.gov/ ]. **Specific questions about the PUC rules may be directed to the PUC at 888/782-8477. This is a summary of our duties and your duties under the rules, which has been approved by the PUC. As on the other side of this page, the terms "you" and "your" refer to all residents, and the terms "we" and "our" refer to the owner.**

1. **Submeter Bills in General.** Your submeter bill may cover only electricity consumed within your apartment unit, as measured by that unit's submeters. Electrical consumption for the common areas and common facilities are our sole responsibility. Each month, the electric submeter bill must be given as separate bills or as separate, distinct line items on a multi-item bill. The bill must state that it is for "submetered electricity." Allocations of non-submetered mastermetered utilities and allocations of utility costs of central hot-water systems or central air conditioning or heating systems are lawful if (1) they are clearly separate from the submetering charges for your apartment, and (2) they are covered by a separate addendum. Proration of non-submetered mastermetered utilities must also be covered by separate documents.

2. **How Your Submeter Bill Is Calculated.** Your bill is calculated in the following manner: After we receive the apartment utility bill from the utility company, we'll divide the net total charges for electrical consumption, plus applicable tax, by the total number of KWHs to obtain an average cost per KWH. This average KWH cost is then multiplied by your KWH consumption to obtain the charge to you. The computation of the average cost cannot include any penalties charged by the utility to us for disconnect, reconnect, late-payment or other similar service charges.

3. **What Your Submeter Bill Must Show.** Your bill must show all of the following information:

   (a)   the date and reading of the submeter at the beginning and at the end of the period for which the bill is rendered;
   (b)   the number of KWHs metered;
   (c)   the computed rate per KWH;
   (d)   the total amount due for electricity;
   (e)   a clear and unambiguous statement that the bill is not from the utility company, which must be named in the statement;
   (f)   the name and address of the person to whom the bill applies;
   (g)   the name of the firm rendering the submetering bill and the name and title, address and telephone number of the person or persons to be contacted in case of a billing dispute;
   (h)   the name, address and telephone number of the party to whom payment is to be made; and
   (i)   the due date and the late-payment penalty (if a late-payment penalty has been agreed to in the Lease Contract).

4. **Due Date.** The due date of your submeter bill is no less than seven days after issuance. A bill for submetered electricity is delinquent if it's not received by the party indicated on the bill by the due date. The postmark date on the envelope of the bill or on the bill itself constitutes proof of the date of issuance. An issuance date on the bill constitutes proof of the date of issuance if there is no postmark on the envelope or bill. If the due date falls on a holiday or weekend, the due date for payment purposes is the next work day after the original due date.

5. **Late Payment Charges.** A one-time penalty not to exceed 5% may be made for payment of your submetered electrical bill after the due date (i.e., for late payment). In order for late payment penalties to be charged, the bill must indicate the amount due if paid by the due date and the amount due if the late penalty is incurred. No late penalty may be applied unless agreed to by you in a written Lease Contract which states the exact dollar or percentage amount of such late penalty.

6. **Reconnection Fees.** A reconnection fee may be charged if service to you is disconnected for nonpayment of submetered electric bills in accordance with the Texas Property Code and PUC rules (summarized below). The reconnection fee is calculated based on our average actual cost for the expenses associated with the reconnection, but under no circumstances may it exceed $10. No reconnect charge may be assessed unless you've agreed to it in a written Lease Contract that states the exact dollar amount of the charge.

7. **Additional Charges on Your Bill.** We can't impose any extra charges on you over and above those charges billed to us by the utility company. The bill may not include a deposit, late penalty, reconnect charge, or any other charge unless otherwise provided above.

8. **Our Records.** We're required to keep the following records for the current month and the preceding 12 months: (1) all electric utility bills from the utility company; (2) all of your submeter readings; (3) our calculations on how the average KWH cost was determined for submeter billing purposes; and (4) any testing results on the submeters if they have been tested during that time. You may examine and copy the information during reasonable business hours at your manager's on-site office. If there is no such on-site office, you may examine and copy the records at a mutually convenient time and place.

9. **Disputes.** You and we must resolve any disputes regarding how to compute your submeter bill. If a dispute arises and if an investigation is necessary, we're required to investigate promptly and report the results to you within 30 days.

10. **Overbilling or Underbilling.** If submetered billings are found to be in error, we must calculate a billing adjustment. If you are entitled to a refund, we'll make an adjustment for the entire period of the overcharges. If you were undercharged, we may backbill you for the amount underbilled. Any backbilling of electric charges cannot extend back beyond six months unless we produce records to identify and justify the additional amount of backbilling. If the underbilling is $25 or more, we must offer a deferred-payment plan option, for the same length of time as that of the underbilling. But we may not disconnect service if you fail to pay charges arising from an underbilling more than six months before the date you were initially notified of the amount of the undercharges and the total additional amount due. And we can't backbill you for usage by a previous resident.

11. **Discontinuance of Electric Service Prohibited.** According to the Texas Property Code, Section 92.008(b), submetered, prorated or allocated electric service provided by the landlord as an incident to tenancy or other agreement may not be disconnected or interrupted unless the interruption results from nonpayment by a tenant of an electric bill issued to the tenant by the landlord for such electric service, bona fide repairs, construction, or an emergency. Disconnection or interruption allowed under Section 92.008 is subject to the specific requirements in that section. Violation for disconnection or interruption of electric service, including submetered, prorated or allocated electric service, may result in the tenant terminating the Lease Contract or recovering possession of the premises; and, in addition to other remedies available under law, recovery of actual damages, one month's rent plus $1,000, reasonable attorney's fees, and court costs, less any delinquent rents or other sums.

12. **Submeter Tests.** We're required to keep records of any tests of the submetering equipment. We must, at your request, test the accuracy of your submeter. If you wish, you may watch the test, or you can send a representative. The test must be made during reasonable business hours at a time convenient to you if you desire to watch. If the submeter test indicates that the submeter is within the accuracy standards required by PUC rules, a charge of up to $15 for electricity may be charged to you for making the test. But if the submeter has not been tested within a period of one year or if the submeter's accuracy is not within the accuracy standards required by PUC rules, no charge can be made to you for making the test. After completing any requested test, we'll promptly advise you of the results.

13. **Penalties for Noncompliance.** Both the utility companies and we are subject to enforcement under the PUC statutes, which may involve civil penalties of up to $5,000 for each offense and criminal penalties for willful and knowing violations.

14. **Complete Copy of the Rules.** A complete copy of the PUC electricity submetering rules is available for you to inspect and copy at the on-site manager's office; or if there is no on-site office, it's available at our street address or the management company's street address stated on the other side of this page. The rules cover additional subjects such as: (1) estimated bills in case of submeter malfunctions; (2) submeter accuracy requirements; (3) bill adjustments due to a submeter malfunction; (4) bill adjustments due to conversion from all-bills-paid to submetering; (5) location of submeters; (6) submeter testing equipment; (7) submeter testing; and (8) uniformity of submeters in the apartment complex.

Texas Apartment Association

*Bernard W Gardner*      *Brad Andersen*

# Bed Bug Addendum

*Please note: We want to maintain a high-quality living environment for you. It's important to work together to minimize the potential for bed bugs in your dwelling and others. This addendum outlines your responsibility and potential liability when it comes to bed bugs. It also gives you some important information about them.*

1. **Addendum.** This is an addendum to the Lease Contract that you, the resident or residents, signed on the dwelling you have agreed to rent. That dwelling is:

   Apt. # _____ **TBD** _____ at **Arlington City Center LLC** _____

   _____

   _____

   _____

   *(name of apartments)*
   or other dwelling located at _____

   _____

   _____ *(street address of house, duplex, etc.)*

   _____ *(city)*

   _____ *(state)* _____ *(zip)*.

2. **Purpose.** This addendum modifies the Lease Contract to address any infestation of bed bugs (Cimex lectularius) that might be found in the dwelling or on your personal property. We will rely on representations that you make to us in this addendum.

3. **Inspection and Infestations.** We are not aware of any current evidence of bed bugs or bed-bug infestation in the dwelling.

   **BY SIGNING THIS ADDENDUM, YOU REPRESENT THAT:**

   • **YOU HAVE INSPECTED THE DWELLING BEFORE MOVING IN OR SIGNING THIS ADDENDUM, AND YOU DID NOT FIND ANY EVIDENCE OF BED BUGS OR BED-BUG INFESTATIONS,** *OR*

   • **YOU WILL INSPECT THE DWELLING WITHIN 48 HOURS AFTER MOVING IN OR SIGNING THIS ADDENDUM AND WILL NOTIFY US OF ANY BED BUGS OR BED-BUG INFESTATION.**

   You represent and agree that you have read the information about bed bugs provided by us and that you are not aware of any infestation or presence of bed bugs in your current or previous dwellings, furniture, clothing, personal property and possessions and that you have fully disclosed to us any previous bed-bug infestation or issue that you have experienced.

   If you disclose a previous experience of bed-bug infestation, we can review documentation of the treatment and inspect your personal property and possessions to confirm the absence of bed bugs.

4. **Access for Inspection and Pest Treatment.** You must allow us and our pest-control agents access to the dwelling at reasonable times to inspect for or treat bed bugs. You and your family members, occupants, guests, and invitees must cooperate and not interfere with inspections or treatments. We have the right to select any licensed pest-control professional to treat the dwelling and building. We can select the method of treating the dwelling, building, and common areas for bed bugs. We can also inspect and treat adjacent or neighboring dwellings to the infestation, even if those dwellings are not the source or cause of the known infestation. Simultaneously as we treat the dwelling, you must, at your expense, have your personal property, furniture, clothing, and possessions treated according to accepted treatment methods by a licensed pest-control firm that we approve. If you fail to do so, you will be in default and we will have the right to terminate your right of occupancy and exercise all rights and remedies under the Lease Contract. You agree not to treat the dwelling for a bed-bug infestation on your own.

5. **Notification.** You must promptly notify us:

   • of any known or suspected bed-bug infestation or presence in the dwelling, or in any of your clothing, furniture, or personal property;

   • of any recurring or unexplained bites, stings, irritations, or sores on the skin or body that you believe are caused by bed bugs, or by any condition or pest you believe is in the dwelling; *AND*

   • if you discover any condition or evidence that might indicate the presence or infestation of bed bugs, or if you receive any confirmation of bed-bug presence by a licensed pest-control professional or other authoritative source.

6. **Cooperation.** If we confirm the presence or infestation of bed bugs, you must cooperate and coordinate with us and our pest-control agents to treat and eliminate them. You must follow all directions from us or our agents to clean and treat the dwelling and building that are infested. You must remove or destroy personal property that cannot be treated or cleaned before we treat the dwelling. Any items you remove from the dwelling must be disposed of off-site and not in the property's trash receptacles. If we confirm the presence or infestation of bed bugs in your dwelling, we have the right to require you to temporarily vacate the dwelling and remove all furniture, clothing, and personal belongings so we can perform pest-control services. If you don't cooperate with us, you will be in default and we will have the right to terminate your right of occupancy and exercise all rights and remedies under the Lease Contract.

7. **Responsibilities.** You may be required to pay all reasonable costs of cleaning and pest-control treatments incurred by us to treat your dwelling unit for bed bugs. If we confirm the presence or infestation of bed bugs after you move out, you may be responsible for the cost of cleaning and pest control. If we have to move other residents in order to treat adjoining or neighboring dwellings to your dwelling unit, you may have to pay any lost rental income and other expenses we incur to relocate the neighboring residents and to clean and perform pest-control treatments to eradicate infestations in other dwellings. If you don't pay us for any costs you are liable for, you will be in default and we will have the right to terminate your right of occupancy and exercise all rights and remedies under the Lease Contract, and we may take immediate possession of the dwelling. If you don't move out after your right of occupancy has been terminated, you will be liable for holdover rent under the Lease Contract.

8. **Transfers.** If we allow you to transfer to another dwelling in the community because of the presence of bed bugs, you must have your personal property and possessions treated according to accepted treatment methods or procedures established by a licensed pest-control professional. You must provide proof of such cleaning and treatment to our satisfaction.

---

**You are legally bound by this document. Please read it carefully.**

**Resident or Residents** *(all sign below)*

_____
(Name of Resident)                    Date signed

_____
(Name of Resident)                    Date signed

_____
(Name of Resident)                    Date signed

_____
(Name of Resident)                    Date signed

_____
(Name of Resident)                    Date signed

_____
(Name of Resident)                    Date signed

**Owner or Owner's Representative** *(sign below)*

_____
                                      Date signed

*You are entitled to receive a copy of this Addendum after it is fully signed. Keep it in a safe place.*

©2019 Texas Apartment Association, Inc.

CONTINUED ON BACK

*Bernard W Gardner*    *Brad Andersen*

# Bed Bugs

## A Guide for Rental-Housing Residents

(*Adapted with permission from the National Apartment Association*)

Bed bugs are wingless, flat, broadly oval-shaped insects, with a typical lifespan of 6 to 12 months. Capable of reaching the size of an apple seed at full growth, bed bugs are distinguishable by their reddish-brown color, although after feeding on the blood of humans and warm-blooded animals—their sole food source—the bugs assume a distinctly blood-red hue until digestion is complete.

## Bed bugs don't discriminate.

Bed bugs' increased presence across the United States in recent decades is due largely to a surge in international travel and trade. It's no surprise then that bed bugs have been found in some of the fanciest hotels and apartment buildings in some of the nation's most expensive neighborhoods.

Nonetheless, false claims that associate bed bugs presence with poor hygiene and uncleanliness have caused rental-housing residents, out of shame, to avoid notifying owners of their presence. This only causes the bed bugs to spread.

While bed bugs are more attracted to clutter, they're certainly not discouraged by cleanliness. Bottom line: bed bugs know no social or economic bounds; claims to the contrary are false.

## Bed bugs don't transmit disease.

There exists no scientific evidence that bed bugs carry disease. In fact, federal agencies tasked with addressing pests of public-health concern, namely the U.S. Environmental Protection Agency and the Centers for Disease Control and Prevention, have refused to elevate bed bugs to the threat level posed by disease-carrying pests. Again, claims associating bed bugs with disease are false.

## Learn to identify bed bugs.

Bed bugs can often be found in, around, behind, under, or between:
- Bedding
- Bed frames
- Mattress seams
- Upholstered furniture, especially under cushions and along seams
- Wood furniture, especially along areas where drawers slide
- Curtains and draperies
- Window and door frames
- Ceiling and wall junctions
- Crown moldings
- Wall hangings and loose wallpaper
- Carpeting and walls (carpet can be pulled away from the wall and tack strip)
- Cracks and crevices in walls and floors
- Electronic devices, such as smoke and carbon-monoxide detectors

Because bed bugs leave some people with itchy welts similar to those made by fleas and mosquitoes, the cause of welts like that often go misdiagnosed. One distinguishing sign is that bed-bug marks often appear in succession on exposed areas of the skin such as the face, neck, and arms. But sometimes a person has no visible reaction at all from direct contact with bed bugs.

While bed bugs typically act at night, they often leave signs of their presence through fecal markings of a red to dark-brown color, visible on or near beds. Blood stains also tend to appear when the bugs have been squashed, usually by an unsuspecting sleeping host. And because they shed, it's not uncommon to find the skin casts they leave behind.

## Prevent bed-bug encounters when traveling.

Because humans serve as bed bugs' main mode of transportation, it's especially important to be mindful of bed bugs when away from home. Experts attribute the spread of bed bugs across all regions of the United States largely to increases in travel and trade, both here and abroad. So travelers are encouraged to take a few minutes on arriving to thoroughly inspect their accommodations before unpacking. Because bed bugs can easily travel from one place to another, it's also a good practice to thoroughly inspect luggage and belongings for bed bugs before heading home.

## Know the bed-bug dos and don'ts.

- **Don't** bring used furniture from unknown sources into your dwelling. Countless bed-bug infestations have stemmed directly from bringing home second-hand and abandoned furniture. Unless you are absolutely sure that a piece of second-hand furniture is bed-bug-free, you should assume that a seemingly nice looking leather couch, for example, is sitting curbside waiting to be hauled off to the landfill because it's teeming with bed bugs.
- **Do** inspect rental furniture, including mattresses and couches, for the presence of bed bugs before moving it into your dwelling.
- **Do** address bed-bug sightings immediately. Rental-housing residents who suspect the presence of bed bugs in their unit must immediately notify the owner.
- **Don't** try to treat bed-bug infestations yourself. Health hazards associated with the misapplication of traditional and nontraditional chemical-based insecticides and pesticides poses too great a risk to you, your family and pets, and your neighbors.
- **Do** comply with eradication protocol. If the determination is made that your unit is indeed playing host to bed bugs, you must comply with the bed-bug-eradication protocol set forth by both your owner and their designated pest-management company.

TAA Official Statewide Form 19-JJ, Revised October 2019
Copyright 2019, Texas Apartment Association, Inc.

*Bernard W Gardner*   *Brad Andersen*

# LEASE ADDENDUM ADDRESSING CARRYING FIREARMS ONSITE

1. **Addendum.** This is an addendum to the TAA Lease Contract for Apt. No. _____ **TBD** _____ in the **Arlington City Center LLC** _____

_____ Apartments in _____ **Arlington** _____ ,
Texas. The terms of this addendum will control if the terms of the Lease and this addendum conflict.

2. **Texas law.** Texas allows qualified people to carry a firearm in the state. However, we may restrict carrying firearms on our property, with the exception of transporting firearms from a vehicle to an apartment. If we provide notice of our policy restricting the carrying of firearms, and you do not comply, you will be in violation of the Lease and may be engaging in criminal trespass.

3. **Community firearm carry policy.** Whether or not you hold a license under the Texas handgun licensing law, by signing this addendum, you understand and agree as follows (the specific agreements are indicated by the options that are marked):

   ☒ Option 1: Pursuant to Section 30.06, Penal Code (trespass by license holder with a concealed handgun), a person licensed under Subchapter H, Chapter 411, Government Code (handgun licensing law), may not enter this property with a concealed handgun. The only exception is that we allow persons to transport their firearms between their vehicles and their apartments.

   ☒ Option 2: Pursuant to Section 30.07, Penal Code (trespass by license holder with an openly carried handgun), a person licensed under Subchapter H, Chapter 411, Government Code (handgun licensing law), may not enter this property with a handgun that is carried openly. The only exception is that we allow persons to transport their firearms between their vehicles and their apartments.

   ☒ Option 3: Pursuant to Section 30.06, Penal Code (trespass by license holder with a concealed handgun), a person licensed under Subchapter H, Chapter 411, Government Code (handgun licensing law), may not enter ☒ the leasing office or ☒ any common rooms/amenities of this property with a concealed handgun. (If neither is checked, concealed handguns are prohibited in both).

   ☒ Option 4: Pursuant to Section 30.07, Penal Code (trespass by license holder with an openly carried handgun), a person licensed under Subchapter H, Chapter 411, Government Code (handgun licensing law), may not enter ☒ the leasing office or ☒ any common rooms/amenities of this property with a handgun that is carried openly. (If neither is checked, openly carried handguns are prohibited in both).

   ☒ Option 5: Pursuant to Section 30.05, Penal Code (criminal trespass), a person may not enter this property with a firearm, other than to transport their firearm(s) between their vehicle(s) and their apartment(s), as long as firearms are not in plain view.

4. **General acknowledgment and agreement.** By signing this addendum, you acknowledge and agree that:

   (a) you and your occupants and guests will adhere to any of our other policies concerning firearms as set forth in the Lease or any community policies we issue;

   (b) you have been provided the apartment community's policy or policies concerning firearms and will follow them;

   (c) you will inform all of your occupants or guests what the apartment community's policy or policies concerning firearms are and that they are subject to the same policy or policies as you;

   (d) you understand that a violation of this addendum will be a violation of the Lease and could be considered criminal trespass under Texas law; and

   (e) you will promptly provide written notice to us of any violations of our firearm or other weapons policies that you observe.

5. **Assumption of risk/waiver.** By signing this addendum and taking possession of the apartment, you acknowledge and agree that:

   (a) we do not guarantee a gun-free environment at the apartment community and we cannot guarantee anyone's safety;

   (b) no action or omission by us under this addendum may be considered a waiver of our rights, or of any subsequent violation, default, or time or place of performance, even if we have actual knowledge of, or have been provided with written notice of a violation;

   (c) our efforts to restrict the carrying of handguns and/or firearms at the apartment community do not in any way enlarge, restrict or otherwise change the standard of care that we would have to you or any other household in the apartment community to render any areas in the apartment community any safer, more secure, or improved as compared to any other rental property;

   (d) we disclaim any express or implied warranties that any part of the apartment community will have any higher or improved safety or security standards than any other rental property;

   (e) we cannot and do not warrant or promise that any part of the apartment community is or will be free from handguns, firearms, or other weapons; and

   (f) our ability to effectively monitor or enforce this addendum depends in large part on your and your occupants' and guests' cooperation and compliance.

_____
Signatures of All Residents

_____

_____

_____

_____

Texas Apartment Association

_____
Signature of Owner or Owner's Representative

*13* *Bernard W Gardner*   *45* *Brad Andersen*

# LEASE ADDENDUM REGARDING SMOKING

**1. Addendum.** This is an addendum to the TAA Lease Contract for Apt. No. _____**TBD**_____ in the **Arlington City Center LLC** _____

_____ Apartments in _____**Arlington**_____,

Texas **OR**

the house, duplex, etc. located at (street address) _____

_____ in _____, Texas.

**2. Smoking,** in any form, anywhere inside any of the dwelling units, or inside any buildings within the apartment community, is strictly prohibited. This is our no-smoking policy; and you agree that any violation of the no-smoking policy is a material and substantial violation of this addendum and a breach of the TAA Lease Contract.

The prohibition of smoking extends to all residents, their occupants, guests, invitees and all others who are present on or in any portion of the community. The no-smoking policy and rules extend to, but are not limited to, the leasing offices, building interiors and hallways, building common areas, dwelling units, club house, exercise or spa facility, indoor tennis courts, all interior areas of the community, commercial shops, businesses, work areas, and all other spaces whether in the interior of the community or in the enclosed spaces on community grounds. Smoking is also prohibited by this addendum inside any dwelling or building, whether leased by you or another.

**3. Smoking permitted in designated areas of the apartment community.** Smoking is permitted only in specially designated areas, if any. The permissible smoking areas are marked by signs.

Smoking on balconies, patios, and limited common areas attached to or outside of your dwelling unit:

☐ is permitted

☒ is not permitted.

Only the following outside areas may be used for smoking: **Smoking is not permitted on the premises.** _____

_____

_____

Smoking is permitted only in specially designated areas outside the buildings of the apartment community. Smoking must be at least __**100**__ feet from the buildings in the apartment community, including administrative office buildings. If the previous field is not completed, smoking is only permitted at least 25 feet from the buildings in the apartment community, including administrative office buildings. The smoking-permissible areas are marked by signage.

Even though smoking may be permitted in certain limited outside areas, we reserve the right to direct that you and your occupants, family, guests, and invitees immediately cease smoking in those areas if smoke is entering a dwelling or building or if it is interfering with the rights, comfort, health, safety or convenience of others in or near the apartment community or rental premises.

**4. Your responsibility for damages and cleaning.** You are responsible for payment of all costs and damages to your dwelling unit, other residents' dwelling units, or any other portion of the community for repair, replacement, or cleaning and odor removal due to smoking or smoke-related damage caused by you or your occupants, family, guests, or invitees, regardless of whether such use was a violation of this addendum. You agree that any costs or damages we incur related to repairs, replacement, cleaning and odor removal due to your smoking or due to your violation of the no-smoking provisions of the TAA Lease Contract are NOT normal wear and tear. You also agree that smoke-related damage, including but not limited to smoke odor that permeates sheetrock, carpeting, wood, insulation, or other components of the dwelling unit or building, shall always be in excess of normal wear and tear in our community and at the rental premises.

**5. Your responsibility for loss of rental income and economic damages regarding other residents.** You are responsible for payment of all lost rental income or other economic and financial damages or loss to us due to smoking or smoke-related damages caused by you or your occupants, family, guests, or invitees which results in or causes other residents to vacate their dwelling units, results in disruption of other residents' enjoyment of the community, adversely affects other residents' or occupants' health, safety, or welfare, or causes a qualified applicant to refuse to rent the unit because of smoke related damages including smoke odors.

**6. Definition of smoking.** "Smoking" refers to, but is not limited to, any use or possession of a cigar, cigarette, e-cigarette, hookah, vaporizer, or pipe containing tobacco or a tobacco product while that tobacco or tobacco product is burning, lighted, vaporized, or ignited, regardless of whether the person using or possessing the product is inhaling or exhaling the smoke from such product. The term tobacco includes, but is not limited to any form, compound, or synthesis of the plant of the genus Nicotiana or the species N. tabacum which is cultivated for its leaves to be used in cigarettes, cigars, e-cigarettes, hookahs, vaporizers, or pipes. Smoking also refers to use or possession of burning, lighted, vaporized, or ignited non-tobacco products if they are noxious, offensive, unsafe, unhealthy, or irritating to other persons.

**7. Lease Contract termination for violation of this addendum.** We have the right to exercise all remedies available to us for any violation of this addendum, which in turn is a default under the Lease, which include terminating your right of occupancy and possession. Violation of this addendum is a material and substantial default of the TAA Lease Contract. In the event we terminate your right of occupancy, you shall remain liable for all rent and other sums due under the TAA Lease Contract subject to any duty to mitigate.

**8. Extent of your liability for losses due to smoking.** Your responsibility for damages, cleaning, deodorizing, loss of rental income, and other economic damages under this addendum are in addition to, and not instead of your responsibility for any other damages or loss under the TAA Lease Contract or any other addendum.

Texas Apartment Association

*Bernard W Gardner*     *Brad Andersen*

9. **Your responsibility for conduct of occupants, family members and guests.** You are responsible for communicating the no- smoking policy and provisions of this addendum to your occupants, family, guests, and invitees and understand that a failure on their part to comply is the same as non-compliance by you.

10. **No warranty of a smoke-free environment.** Although we prohibit smoking in all interior parts of the dwelling units and community, there is no warranty or guaranty that your dwelling unit, buildings or the community is smoke-free. Smoking in certain limited outside areas may be allowed as provided in this Addendum. Enforcement of our no-smoking policy is a joint responsibility that requires your cooperation in reporting incidents or suspected violations of smoking. You must report violations of our no-smoking policy to us before we are obligated to investigate and take action. You agree to cooperate with us if it becomes necessary to pursue action for any violations of the no-smoking policy.

This is an important and binding legal document. By signing this addendum you are acknowledging that a violation could lead to termination of your right of possession or your right to occupy the dwelling unit and premises. If you or someone in your household is a smoker, you should carefully consider whether you will be able to abide by the terms of this addendum. Before signing you must advise us whether you or anyone who will be living in your dwelling is a smoker. If you give an incorrect or false answer, you agree that is a default under the Lease. Provide your answer by checking one of the following boxes:

❑  Neither you nor anyone who will be living in the dwelling unit is a smoker and it is agreed no one will ever smoke in the unit.

❑  Someone who will be living in the dwelling unit is a smoker but it is agreed no one will ever smoke in the unit.

_____       _____
Signatures of All Residents                                            Signature of Owner or Owner's Representative

_____

_____

_____

_____

Texas Apartment Association

*15* *Bernard W Gardner*     *47* *Brad Andersen*

## MIXED-USE ADDENDUM

1. **Addendum.** This is an addendum to the TAA Lease Contract for Apt. No. _____ **TBD** _____ in the
**Arlington City Center LLC** _____

_____ Apartments in _____ **Arlington** _____ ,
Texas.

The terms of this Addendum will control if the terms of the Lease and this Addendum conflict.

2. **Notice of mixed use.** Your apartment is located in a mixed-use environment, which includes commercial neighbors that may change at any time. While these commercial neighbors may offer advantages, you may also experience side effects, including various loud noises and sounds, bright lights, strong odors, fumes, parking and traffic challenges, criminal activity, and other special circumstances that go along with a mixed-use environment. These concerns could occur up to 24 hours a day, seven days a week, since some of your commercial neighbors may have hours of operation late into the night every day.

3. **General acknowledgment and agreement.** By signing this addendum, you understand and agree that:
   (a)  your apartment is located near commercial neighbors, which may include restaurants, bars, nightclubs, retail stores, entertainment venues, social and/or recreational facilities, and other entities;
   (b)  these commercial neighbors could, at any time, emit loud noises and sounds beyond normal expectations in an apartment community (including but not limited to music and other forms of entertainment) and strong odors or fumes that may penetrate the walls and floors of your apartment up to 24 hours a day;
   (c)  sound and impact noise transmissions in buildings like the one in which your apartment is located are difficult to control, and we make no representations or warranties that we can or will control, or attempt to control, the level or effect which sound or impact noise transmissions from commercial neighbors may have on your apartment;
   (d)  having commercial neighbors may create other challenges including, without limitation, additional pedestrian and vehicular traffic, limitations on normal entry and exit from your apartment, difficulty in parking, vibrations, fumes, smoke, strong odors, bright lights, associated criminal activity, and other special circumstances that go along with living in a mixed-use community, all of which may occur at any time and up to 24 hours a day; and
   (e)  commercial neighbors in this mixed-use development may change at any time without notice to you.

4. **Due diligence acknowledgment and agreement.** By signing this addendum, you agree that:
   (a)  the items listed in paragraphs 2 and 3 of this form do not constitute a violation of the Lease by us or create a need for repair, remedy or similar obligations on our part, unless otherwise required by law;
   (b)  you had the opportunity to investigate the items listed in this addendum, you have not relied upon any representations about past, present or future commercial or residential neighbors you may have, and you understand and accept the risks disclosed in paragraphs 2 and 3 above; and
   (c)  we have no duty to seek the eviction of any commercial neighbor as a result of the items listed in paragraphs 2 and 3 of this addendum.

5. **Assumption of risk/waiver.** By signing this addendum and taking possession of the apartment, you agree that, except as otherwise provided by law:
   (a)  you are voluntarily assuming the risks of the items outlined in paragraphs 2 and 3 of this addendum;
   (b)  you understand and agree that the items outlined in paragraphs 2 and 3 of this addendum do not create claims based on concepts such as fitness for any purpose, habitability, and the existence or promise of peaceful, safe and quiet enjoyment by you of the rental premises or the community in which it is located;
   (c)  the items referenced in paragraphs 2 and 3 of this addendum are not part of the physical condition of the apartment itself as provided by us;
   (d)  you have no legal remedy against us and YOU AGREE THAT YOU WAIVE any and all claims against us that are related to the items referenced in paragraphs 2 and 3 of this addendum; and
   (e)  you agree that none of the items referenced in paragraphs 2 and 3 of this addendum provide you any right to withhold rent or other sums due to us and you agree to hold us harmless in the event your enjoyment of the apartment, parking, amenities and common areas is disturbed as a result of a commercial neighbor or activities connected with its operations.

_____    _____
Signatures of All Residents                                        Signature of Owner or Owner's Representative

_____

_____

_____

_____

Texas Apartment Association

*16 Bernard W Gardner*    *48 Brad Andersen*

**TEXAS APARTMENT ASSOCIATION**
**MEMBER**

# Mold Information and Prevention Addendum

> *Please note: We want to maintain a high-quality living environment for our residents. To help achieve this goal, it is important that we work together to minimize any mold growth in your dwelling. This addendum contains important information for you, and responsibilities for both you and us.*

**1. Addendum.** This is an addendum to the Lease Contract executed by you, the resident or residents, on the dwelling you have agreed to rent.

That dwelling is: Unit # _____**TBD**_____ at
**Arlington City Center LLC** _____
_____
_____ ,
(name of apartments)

or other dwelling located at _____
_____
_____
(street address of house, duplex, etc.)

City/State where dwelling is located _____
_____ .

**2. About Mold.** Mold is found everywhere in our environment, both indoors and outdoors and in both new and old structures. Molds are nothing new—they are natural microscopic organisms that reproduce by spores. They have always been with us. In the environment, molds break down organic matter and use the end product for food. Without molds we would be struggling with large amounts of dead organic matter. Mold spores (like plant pollen) spread through the air and are commonly transported by shoes, clothing, and other materials. There is conflicting scientific evidence about how much mold must accumulate before it creates adverse health effects on people and animals. Even so, we must take appropriate precautions to prevent its buildup.

**3. Preventing Mold Begins with You.** to minimze the potential for mold growth in your dwelling, you must:

- Keep your dwelling clean—particularly the kitchen, bathroom, carpets, and floors. Regular vacuuming and mopping of the floors, plus cleaning hard surfaces using a household cleaner, are all important to remove the household dirt and debris that harbor mold or food for mold. Throw away moldy food immediately.

- Remove visible moisture accumulations on windows, walls, ceilings, floors, and other surfaces as soon as reasonably possible. Look for leaks in washing-machine hoses and discharge lines—especially if the leak is large enough for water to seep into nearby walls. If your dwelling has them, turn on exhaust fans in the bathroom before showering and in the kitchen before cooking with open pots. Also when showering, keep the shower curtain inside the tub (or fully close the shower doors). Experts also recommend that after a shower or bath you (1) wipe moisture off shower walls, shower doors, the bathtub, and the bathroom floor; (2) leave the bathroom door open until all moisture on the mirrors and bathroom walls and tile surfaces has dissipated; and (3) hang up your towels and bath mats so they will completely dry out.

- Promptly notify us in writing about any air-conditioning or heating-system problems you discover. Follow any of our rules about replacing air filters. It's also good practice to open windows and doors periodically on days when the outdoor weather is dry (i.e., humidity is below 50%) to help humid areas of your dwelling dry out.

- Promptly notify us in writing of any signs of water leaks, water infiltration, or mold. We will respond in accordance with state law and the Lease Contract to repair or remedy the situation as necessary.

**4. Avoiding Moisture Buildup.** To avoid mold growth, it's important to prevent excess moisture buildup in your dwelling. Failing to promptly attend to leaks and moisture accumulations on dwelling surfaces can encourage mold growth, especially in places where they might get inside walls or ceilings. Prolonged moisture can come from a wide variety of sources, such as:

- rainwater leaking from roofs, windows, doors, and outside walls, as well as flood waters rising above floor level;

- overflows from showers, bathtubs, toilets, sinks, washing machines, dehumidifiers, refrigerator or air-conditioner drip pans, or clogged air-conditioner condensation lines;

- leaks from plumbing lines or fixtures, and leaks into walls from bad or missing grouting or caulking around showers, bathtubs, or sinks;

- washing-machine hose leaks, plant-watering overflows, pet urine, cooking spills, beverage spills, and steam from excessive open-pot cooking;

- leaks from clothes-dryer discharge vents (which can put a lot of moisture into the air); and

- insufficient drying of carpets, carpet pads, shower walls, and bathroom floors.

**5. Cleaning Mold.** If small areas of mold have already accumulated on nonporous surfaces (such as ceramic tile, formica, vinyl flooring, metal, wood, or plastic), the Environmental Protection Agency recommends that you first clean the areas with soap (or detergent) and water and let the surface dry thoroughly. (Applying biocides without first cleaning away the dirt and oils from the surface is like painting over old paint without first cleaning and preparing the surface.) When the surface is dry—and within 24 hours of cleaning—apply a premixed spray-on household biocide such as Lysol Disinfectant®, Original Pine-Sol® Cleaner, Tilex Mold & Mildew Remover® or Clorox® Clean-up® Cleaner + Bleach. (Note two things: First, only a few of the common household cleaners can actually kill mold. Second, Tilex and Clorox contain bleach, which can discolor or stain surfaces, so follow the instructions on the container.) Always clean and apply a biocide to an area five or six times larger than any mold you see—mold can be present but not yet visible to the naked eye. A vacuum cleaner with a high-efficiency particulate air (HEPA) filter can be used to help remove nonvisible mold products from porous items such as fibers in sofas, chairs, drapes, and carpets—provided the fibers are completely dry. Machine washing or dry-cleaning will remove mold from clothes.

**6. Warning for Porous Surfaces and Large Surfaces.** Do not clean or apply biocides to visible mold on porous surfaces such as sheetrock walls or ceilings or to large areas of visible mold on nonporous surfaces. Instead, notify us in writing and we will take appropriate action to comply with Section 92.051 et seq. of the Texas Property Code, subject to the special exceptions for natural disasters.

**7. Compliance.** Complying with this addendum will help prevent mold growth in your dwelling, and both you and we will be able to respond correctly if problems develop that could lead to mold growth. If you have questions about this addendum, please contact us at the management office or at the phone number shown in your Lease Contract.

**If you fail to comply with this addendum, you can be held responsible for property damage to the dwelling and any health problems that may result. We can't fix problems in your dwelling unless we know about them.**

---

**Resident or Residents** *(all sign below)*         **Owner or Owner's Representative** *(sign below)*

_____
(Name of Resident)

_____
(Name of Resident)

_____
(Name of Resident)

_____
(Name of Resident)

_____
(Name of Resident)

_____
(Name of Resident)

*Your are entitled to receive a copy of this Addendum after it is fully signed. Keep it in a safe place.*

TAA Official Statewide Form 15-FF, Revised January 2015
Copyright 2015, Texas Apartment Association, Inc.



*Bernard W Gardner*      *Brad Andersen*

## LEASE ADDENDUM FOR ALLOCATING NATURAL GAS COSTS

1. **Addendum.** This is an addendum to the TAA Lease Contract for Apt. No. _____**TBD**_____ in the **Arlington City Center LLC**
_____
_____ Apartments in _____**Arlington**_____ ,
Texas. The terms of this addendum will control if the terms of the Lease and this addendum conflict.

2. **Reason for allocation.** When natural gas bills are paid by the property owner, residents have no incentive to conserve gas and heat. This results in a waste of our state's natural resources and adds to the overhead of the property—and that usually means higher rents. On the other hand, allocation of gas raises everyone's awareness of the need to conserve gas and heat and to pay attention to the thermostat and heat loss through open doors or windows. It should therefore minimize the necessity for rent increases to cover wasteful practices of other residents regarding heating and gas consumption.

3. **Your payment due date.** Payment of your allocated gas bill is due 16 days after the date it is postmarked or hand delivered to your apartment. You agree to mail or deliver payment to the place indicated on your bill so that payment is received no later than the due date. You will pay a late charge of $ ____**0.00**____ (not to exceed $3) if we do not receive timely payment. If you are late in paying the gas bill, we may not cut off your gas; but we may immediately exercise all other lawful remedies, including eviction—just like late payment of rent.

4. **Allocation procedures.** Your monthly rent under the TAA Lease Contract does *not* include a charge for natural gas. Instead, you will be receiving a separate bill from us each month for gas. We may include this item as a separate and distinct charge as part of a multi-item bill.

   You agree to and we will allocate the monthly gas bill for the apartment community based on the allocation method checked below.

   ❑ A percentage reflecting your apartment unit's share of the total square footage in the apartment community, i.e., your unit's square footage divided by the total square footage in all apartment units.

   ☒ A percentage reflecting your apartment unit's share of the total number of people living in the apartment community, i.e., the number of people living in your apartment divided by the total number of people living in the entire apartment community for the month. ("People" for this purpose are all residents and occupants listed in leases at the apartment community as having a right to occupy the respective units.)

   ❑ Half of your allocation will be based on your apartment unit's share of total square footage and half will be based on your share of total people living in the apartment community, as described above.

   ❑ Per dwelling unit

   ❑ Other formula

5. **Common area deduction.** Only the total mastermeter gas bill will be allocated. Before the bill is allocated, a deduction of ____**0**____ percent will be made to cover estimated gas consumption in any common areas, such as: (1) gas dryers and room heating in laundry rooms; or (2) hot water heating for pools, spas or laundry rooms. Penalties or interest for any late payment of the mastermeter gas bill by us will be paid for by us and will not be allocated. A nominal administrative fee of $ ____**0.00**____ per month (not to exceed $3) will be added to your bill for processing, billing and/or collecting.

6. **Change of allocation formula.** The above allocation formula for determining your share of the natural gas bill cannot be changed except as follows: (1) you receive notice of the new formula at least 35 days before it takes effect; and (2) you agree to the change in a signed lease renewal or signed mutual agreement.

7. **Right to examine records.** You may examine our gas bills from the utility company and our calculations relating to the monthly allocation of the gas bills during regular weekday office hours. Please give us reasonable advance notice to gather the data.

_____     _____
Signatures of All Residents                                                           Signature of Owner or Owner's Representative

_____
_____
_____
_____
_____

Texas Apartment Association

*Bernard W Gardner*     *Brad Andersen*

# LEASE ADDENDUM FOR SATELLITE DISH OR ANTENNA

Under a Federal Communications Commission (FCC) order, you as our resident have a right to install a transmitting or receiving satellite dish or antenna on the leased premises, subject to FCC limitations. We as a rental housing owner are allowed to impose reasonable restrictions relating to such installation. You are required to comply with these restrictions as a condition of installing such equipment. This addendum contains the restrictions that you and we agree to follow.

1. **Addendum.** This is an addendum to the lease between you and us for Apt. No. _____**TBD**_____ in the **Arlington City Center LLC** _____

_____

_____ Apartments in _____**Arlington**_____,

Texas **OR**

the house, duplex, etc. located at *(street address)* _____

_____ in _____, Texas.

2. **Number and size.** You may install _____1_____ satellite dish(es) or antenna(s) on the leased premises. A satellite dish may not exceed one meter (3.3 feet) in diameter. Antennas that only transmit signals or that are not covered by 47 CFR §1.4000 are prohibited.

3. **Location.** Your satellite dish or antenna must be located: (1) inside your dwelling; or (2) in an area outside your dwelling such as a balcony, patio, yard, etc. of which you have exclusive use under your lease. Installation is not permitted on any parking area, roof, exterior wall, window, window sill, fence, or common area, or in an area that other residents are allowed to use. A satellite dish or antenna may not protrude beyond the vertical and horizontal space that is leased to you for your exclusive use.

4. **Safety and non-interference.** Your installation: (1) must comply with all applicable ordinances and laws and all reasonable safety standards; (2) may not interfere with our cable, telephone or electrical systems or those of neighboring properties; (3) may not be connected to our telecommunication systems; and (4) may not be connected to our electrical system except by plugging into a 110-volt duplex receptacle. If the satellite dish or antenna is placed in a permitted outside area, it must be safely secured by one of three methods: (1) securely attaching it to a portable, heavy object such as a small slab of concrete; (2) clamping it to a part of the building's exterior that lies within your leased premises (such as a balcony or patio railing); or (3) any other method approved by us in writing. No other methods are allowed. We may require reasonable screening of the satellite dish or antenna by plants, etc., so long as it does not impair reception.

5. **Signal transmission from exterior dish or antenna to interior of dwelling.** Under the FCC order, you may not damage or alter the leased premises and may not drill holes through outside walls, door jams, windowsills, etc. If your satellite dish or antenna is installed outside your dwelling (on a balcony, patio, etc.), the signals received by it may be transmitted to the interior of your dwelling only by the following methods: (1) running a "flat" cable under a door jam or windowsill in a manner that does not physically alter the premises and does not interfere with proper operation of the door or window; (2) running a traditional or flat cable through a pre-existing hole in the wall (that will not need to be enlarged to accommodate the cable); (3) connecting cables "through a window pane," similar to how an external car antenna for a cellular phone can be connected to inside wiring by a device glued to either side of the window—without drilling a hole through the window; (4) wireless transmission of the signal from the satellite dish or antenna to a device inside the dwelling; or (5) any other method approved by us in writing.

6. **Safety in installation.** In order to assure safety, the strength and type of materials used for installation must be approved by us. Installation must be done by a qualified person or company approved by us. Our approval will not be unreasonably withheld. An installer provided by the seller of the satellite dish or antenna is presumed to be qualified.

7. **Maintenance.** You will have the sole responsibility for maintaining your satellite dish, antenna, and all related equipment.

8. **Removal and damages.** You must remove the satellite dish or antenna and all related equipment when you move out of the dwelling. In accordance with the TAA Lease Contract, you must pay for any damages and for the cost of repairs or repainting caused by negligence, carelessness, accident. or abuse which may be reasonably necessary to restore the leased premises to its condition prior to the installation of your satellite dish, antenna or related equipment. You will not be responsible for normal wear and tear.

9. **Liability insurance and indemnity.** You must take full responsibility for the satellite dish, antenna, and related equipment. If the dish or antenna is installed at a height or in some other way that could result in injury to others if it becomes unattached and falls, you must provide us with evidence of liability insurance to protect us against claims of personal injury and property damage to others, related to your satellite dish, antenna, and related equipment. The insurance coverage must be $ ___**100000.00**___, which is an amount reasonably determined by us to accomplish that purpose. Factors affecting the amount of insurance include height of installation above ground level, potential wind velocities, risk of the dish/antenna becoming unattached and falling on someone, etc. You agree to hold us harmless and indemnify us against any of the above claims by others.

10. **Security deposit.** Your security deposit (in your Lease Contract) is increased by an additional reasonable sum of $ _____**0.00**_____ ❑ effective at time of installation or ❑ effective within _____ days of installation to help protect us against possible repair costs, damages, or failure to remove the satellite dish, antenna and related equipment at time of move-out. Factors affecting any security deposit may vary, depending on: (1) how the dish or antenna is attached (nails, screws, lag bolts drilled into walls); (2) whether holes were permitted to be drilled through walls for the cable between the satellite dish and the TV; and (3) the difficulty and cost of repair or restoration after removal, etc. A security deposit increase does not imply a right to drill into or alter the leased premises.

11. **When you may begin installation.** You may start installation of your satellite dish, antenna, or related equipment only after you have: (1) signed this addendum; (2) provided us with written evidence of the liability insurance referred to in paragraph 9 of this addendum; (3) paid us the additional security deposit, if applicable, in paragraph 10; and (4) received our written approval, which may not be unreasonably withheld, of the installation materials and the person or company that will do the installation.

12. **Miscellaneous.** If additional satellite dishes or antennas are desired, an additional lease addendum must be executed.

_____        _____
Signatures of All Residents                                              Signature of Owner or Owner's Representative

_____

_____

_____

_____

_____

Texas Apartment Association

*Bernard W Gardner*       *Brad Andersen*

# Security Guidelines for Residents
# Addendum

1. **Addendum.** This is an addendum to the Lease Contract ("Lease") executed by you, the resident(s), on the dwelling you have agreed to rent. That dwelling is:

Apt. # _____**TBD**_____ at **Arlington City Center LLC** _____

_____

_____

_____,

(name of apartments)

or other dwelling located at _____

_____

_____

(street address of house, duplex, etc.)

City/State where dwelling is located _____

_____.

2. **Security Guidelines. *We disclaim any express or implied warranties of security.*** We care about your safety and that of other occupants and guests. ***No security system is failsafe. Even the best system can't prevent crime. Always act as if security systems don't exist since they are subject to malfunction, tampering, and human error. The best safety measures are the ones you perform as a matter of common sense and habit.***

Inform all other occupants in your dwelling, including any children you may have, about these guidelines. We recommend that all residents and occupants use common sense and follow crime prevention tips, such as those listed below:

- In case of emergency, call 911. Always report emergencies to authorities first and then contact the management.
- Report any suspicious activity to the police first, and then follow up with a written notice to us.
- Know your neighbors. Watching out for each other is one of the best defenses against crime.

- Always be aware of your surroundings and avoid areas that are not well-traveled or well-lit.
- Keep your keys handy at all times when walking to your car or home.
- Do not go inside if you arrive home and find your door open. Call the police from another location and ask them to meet you before entering.
- Make sure door locks, window latches and sliding glass doors are properly secured at all times.
- Use the keyless deadbolt on your unit when you are at home.
- Don't put your name or address on your key ring or hide extra keys in obvious places, like under a flower pot. If you lose a key or have concerns about key safety, we will rekey your locks at your expense, in accordance with paragraph 11 of the Lease.
- Check the door viewer before answering the door. Don't open the door if you don't know the person or have any doubts. Children who are old enough to take care of themselves should never let anyone inside when home without an adult.
- Regularly check your security devices, smoke alarms and other detection devices to make sure they are working properly. Alarm and detection device batteries should be tested monthly and replaced at least twice a year.
- Immediately report in writing (dated and signed) to us any needed repairs of security devices, doors, windows, smoke alarms and other detection devices , as well as any other malfunctioning safety devices on the property, such as broken access gates, burned out exterior lights, etc.

**Resident or Residents** *(all sign below)*                    **Owner or Owner's Representative** *(sign below)*

_____

(Name of Resident)                                                              _____

_____

(Name of Resident)

_____

(Name of Resident)

_____

(Name of Resident)

_____

(Name of Resident)

_____

(Name of Resident)

*Your are entitled to receive a copy of this Addendum after it is fully signed. Keep it in a safe place.*

TAA Official Statewide Form 15-M, Revised January, 2015
Copyright 2015, Texas Apartment Association, Inc.

*Bernard W Gardner*        *Brad Andersen*

## VIRUS WARNING AND WAIVER ADDENDUM

This **Virus Warning and Waiver Addendum** relates to the TAA Lease Contract, signed _____, _____ for Apt. No. _____**TBD**_____ in the **Arlington City Center LLC** _____
_____
_____ Apartments in _____**Arlington**_____,
Texas, OR the house, duplex, etc. located at (street address) _____
_____ in _____, Texas.

Due to the inherent risk of exposure to COVID-19 and/or other virus strains (collectively "Viruses") on the premises as defined in Section 92.001 of the Texas Property Code (the "Premises"), it is important that you diligently follow all posted instructions, written rules, and generally accepted health precautions concerning the spread of Viruses while on the Premises. Viruses may be extremely contagious and can lead to severe illness and death. You should always assume that anyone could have a Virus. There is no representation or warranty that: (1) the Premises are or will remain free of Viruses, (2) persons on the Premises are not carrying Viruses; or (3) exposure to Viruses cannot occur on the Premises.

While on the Premises:
1. **You must exercise due care for your safety at all times.**
2. **You agree to take full responsibility for and voluntarily assume all risks related to exposure to Viruses.**
3. **You agree to release, indemnify, discharge, and hold us and our representatives harmless to the fullest extent allowed by law for all present and future claims and liabilities relating to Viruses, including but not limited to any negligent act or omission by us, which might occur as a result of your being on the Premises.**

Date _____  Resident _____

Date _____  Resident _____

Date _____  Resident _____

Date _____  Resident _____

Date _____  Resident _____

Date _____  Resident _____

Date _____  Owner's Representative _____

**Arlington City Center LLC, 101 S.**
**Center St #TBD**
_____
_____
_____
_____
Apartment name and unit number or street address of leased premises

Texas Apartment Association

*21 Bernard W Gardner*    *53 Brad Andersen*

**TEXAS APARTMENT ASSOCIATION**

**M    E    M    B    E    R**

# Inventory and Condition Form

Resident's Name: **Bernard Gardner** _____ Personal #: (_____)_____ Work #: (_____)_____

Resident's Name: _____ Personal #: (_____)_____ Work #: (_____)_____

Resident's Name: _____ Personal #: (_____)_____ Work #: (_____)_____

Resident's Name: _____ Personal #: (_____)_____ Work #: (_____)_____

Resident's Name: _____ Personal #: (_____)_____ Work #: (_____)_____

Resident's Name: _____ Personal #: (_____)_____ Work #: (_____)_____

Apartment Community Name: **Arlington City Center LLC** _____

or Street Address (if house, duplex, etc.): _____ Apt. #_____ **TBD** _____

*Within 48 hours after move-in, you must note on this form all defects, damage, or safety or pest-related concerns and return it to our representative. Otherwise, everything will be considered to be in a clean, safe, and good working condition. Please mark through items listed below or put "none" if the items don't exist. This form protects both you (the resident) and us (the owner). We'll use it in determining what should and should not be considered your responsibility upon move-out. You are entitled to a copy of this form after it is filled out and signed by you and us.*

---

☐ **Move-In or** ☐ **Move-Out Condition** *(Check one)*

---

**Living Room**

Walls _____

_____

Wallpaper _____

Plugs, switches, A/C vents _____

Woodwork/baseboards _____

Ceiling _____

Light fixtures, bulbs _____

Floor/carpet _____

_____

Doors, stops, locks _____

Windows, latches, screens _____

Window coverings _____

Closets, rods, shelves _____

Closet lights, fixtures _____

Lamps, bulbs_____

Water stains or mold on walls, ceilings or baseboards _____

_____

Other_____

**Kitchen**

Walls _____

_____

Wallpaper _____

Plugs, switches, A/C vents _____

Woodwork/baseboards _____

Ceiling _____

Light fixtures, bulbs _____

Floor/carpet _____

_____

Doors, stops, locks _____

Windows, latches, screens _____

Window coverings _____

Cabinets, drawers, handles _____

Countertops _____

Stove/oven, trays, pans, shelves _____

Vent hood _____

Refrigerator, trays, shelves _____

Refrigerator light, crisper _____

Dishwasher, dispensers, racks _____

Sink/disposal _____

Microwave _____

Plumbing leaks, water stains or mold on walls, ceilings or baseboards

_____

Other_____

_____

**General Items**

Thermostat _____

Cable TV or master antenna_____

A/C filter _____

Washer/dryer _____

Garage door _____

Ceiling fans _____

Exterior doors, screens/screen doors, doorbell_____

_____

Fireplace _____

Other_____

**Dining Room**

Walls _____

_____

Wallpaper _____

Plugs, switches, A/C vents _____

Woodwork/baseboards _____

Ceiling _____

Light fixtures, bulbs _____

Floor/carpet _____

_____

Doors, stops, locks _____

Windows, latches, screens _____

Window coverings _____

Closets, rods, shelves _____

Closet lights, fixtures _____

Water stains or mold on walls, ceilings or baseboards _____

_____

Other_____

**Halls**

Walls _____

_____

Wallpaper _____

Plugs, switches, A/C vents _____

Woodwork/baseboards _____

Ceiling _____

Light fixtures, bulbs _____

Floor/carpet _____

_____

Doors, stops, locks _____

Closets, rods, shelves _____

Closet lights, fixtures _____

Water stains or mold on walls, ceilings or baseboards _____

Other_____

**Exterior (if applicable)**

Patio/yard _____

Fences/gates_____

Faucets _____

Balconies _____

Other_____

**Bedroom** *(describe which one)*: _____

Walls _____

Wallpaper _____

Plugs, switches, A/C vents _____

Woodwork/baseboards _____

Ceiling_____

Light fixtures, bulbs _____

Floor/carpet _____

_____

Doors, stops, locks _____

Windows, latches, screens _____

Window coverings _____

Closets, rods, shelves _____

Closet lights, fixtures _____

Water stains or mold on walls, ceilings or baseboards _____

_____

Other_____

© **TEXAS APARTMENT ASSOCIATION, INC., 2021**

CONTINUED ON BACK SIDE

*Bernard W Gardner*      *Brad Andersen*

**Bedroom** (describe which one): _____

Walls _____

_____

Wallpaper _____
Plugs, switches, A/C vents _____
Woodwork/baseboards _____
Ceiling _____
Light fixtures, bulbs _____
Floor/carpet _____

_____

Doors, stops, locks _____
Windows, latches, screens _____
Window coverings _____
Closets, rods, shelves _____
Closet lights, fixtures _____
Water stains or mold on walls, ceilings or baseboards _____

_____

Other_____

**Bath** (describe which one):  _____

Walls _____
Wallpaper _____
Plugs, switches, A/C vents _____
Woodwork/baseboards _____
Ceiling _____
Light fixtures, bulbs _____
Exhaust fan/heater _____
Floor/carpet _____

_____

Doors, stops, locks _____
Windows, latches, screens _____
Window coverings _____
Sink, faucet, handles, stopper _____
Countertops _____
Mirror _____
Cabinets, drawers, handles _____
Toilet, paper holder _____
Bathtub, enclosure, stopper_____
Shower, doors, rods _____
Tile _____
Plumbing leaks, water stains or mold on walls, ceilings or baseboards

_____

Other_____

**Half Bath**

Walls _____

_____

Wallpaper _____
Plugs, switches, A/C vents _____
Woodwork/baseboards _____
Ceiling _____
Light fixtures, bulbs _____
Exhaust fan/heater _____
Floor/carpet _____

_____

Doors, stops, locks _____
Windows, latches, screens _____
Window coverings _____
Sink, faucet, handles, stopper _____
Countertops _____
Mirror _____
Cabinets, drawers, handles _____
Toilet, paper holder _____
Tile _____
Plumbing leaks, water stains or mold on walls, ceilings or baseboards

_____

Other_____

**Bedroom** (describe which one): _____

Walls _____

_____

Wallpaper _____
Plugs, switches, A/C vents _____
Woodwork/baseboards _____
Ceiling _____
Light fixtures, bulbs _____
Floor/carpet _____

_____

Doors, stops, locks _____
Windows, latches, screens _____
Window coverings _____
Closets, rods, shelves _____
Closet lights, fixtures _____
Water stains or mold on walls, ceilings or baseboards _____

_____

Other_____

**Bath** (describe which one):  _____

Walls _____
Wallpaper _____
Plugs, switches, A/C vents _____
Woodwork/baseboards _____
Ceiling _____
Light fixtures, bulbs _____
Exhaust fan/heater _____
Floor/carpet _____

_____

Doors, stops, locks _____
Windows, latches, screens _____
Window coverings _____
Sink, faucet, handles, stopper _____
Countertops _____
Mirror _____
Cabinets, drawers, handles _____
Toilet, paper holder _____
Bathtub, enclosure, stopper _____
Shower, doors, rods _____
Tile _____
Plumbing leaks, water stains or mold on walls, ceilings or baseboards

_____

Other_____

**Safety or Pest-Related Items** (Put "none" if item does not exist)

Door knob locks  _____
Keyed deadbolt locks  _____
Keyless deadbolts _____
Keyless bolting devices  _____
Sliding door latches  _____
Sliding door security bars _____
Sliding door pin locks_____
Doorviewers _____
Window latches _____
Porch and patio lights _____
Smoke alarms (push button to test) _____
Other detectors _____
Alarm system _____
Fire extinguishers (look at charge level—BUT DON'T TEST!) _____
Garage door opener_____
Gate access card(s) _____
Other_____

_____

Pest-related concerns  _____

_____

**Date of Move-In:** _____

**or Date of Move-Out:** _____

**Acknowledgment.** You agree you will complete and submit this form in accordance with this Lease and our Community Policies. You acknowledge you will inspect and test all the safety-related items (if in the dwelling), as well as smoke alarms and any other detector(s), and confirm that they are working, except as noted on your completed Inventory and Condition Form. All items will be assumed to be in good condition unless otherwise noted. You acknowledge you will receive written operating instructions on the alarm system and gate access entry systems (if there are any). You acknowledge that you will inspect the dwelling and confirm no signs of bed bugs or other pests are present, or that you will report any bed bug or pest issues through a work order or other repair request.

*In signing below, you acknowledge receipt of this form and accept the responsibility for completing it as part of the Lease Contract. You agree that, either after completion or 48 hours after move-in without returning this form (whichever comes first), it accurately reflects the condition of the premises for purposes of determining any refund due to you when you move out.*

**Resident or Resident's Agent:**_____  **Date of Signing:** _____

**Owner or Owner's Representative:** _____  **Date of Signing:** _____

FOR OFFICE USE ONLY.

Date completed form was received: _____   Received by: _____

TAA Official Statewide Form 21-H, Revised June, 2021
Copyright 2021, Texas Apartment Association, Inc.

*Bernard W Gardner*     *Brad Andersen*

# Community Policies/Master Lease Addendum

## 1. Preface

This Master Lease Addendum contains community rules, regulations, and/or policies that are incorporated into and part of your Lease Contract. They apply to you and your occupants, guests, and invitees. Use of "we", "us", and "our" in this Addendum refers collectively to the owner of the community and the owner's authorized agents/representatives. Violation of any provision of this Addendum may result in termination of your right of possession and/or your Lease Contract. The community rules, regulations, and/or policies in this Addendum may be added to, amended or repealed at any time in accordance with your Lease Contract. This Addendum is intended to supplement your Lease Contract. To the extent there is any inconsistency between this Addendum and the Lease Contract, the provisions of the Lease Contract control.

## 2. No Reliance on Security Devices or Measures

You acknowledge that cameras may be installed at some or all of the gates and in various common areas throughout the community. If cameras are installed, these areas may be recorded. Cameras, if installed, are for the sole purpose of protecting our real and personal property. Such cameras are not intended to protect, monitor, provide security for, or give a sense of security to you or any occupant or guest. You acknowledge that, given the limited purpose for which cameras may be installed or used, we have no obligation to cause such cameras to be monitored. We have no obligation to preserve or make available the contents of any recordings to you or others.

## 3. Entry Devices

In the event your community requires an entry device, the following policies apply.
a) **Access Card, Remote or Key Fob:** You and each occupant if you request, will receive one controlled access device of our choice. Additional devices may be available for an additional charge of $_____N/A_____.
b) **Damaged, Lost or Unreturned Cards, Remotes, or Fobs:** If a controlled access device is lost, misplaced, stolen damaged, or not returned at termination of this Agreement, a fee of $_____75.00_____ will be charged for each device replacement.
c) **Duplicate, Lost or Unreturned Keys:** A charge of $_____50.00_____ will be owed for each duplicate, lost or unreturned key.
d) **Re-keying Lock:** If you wish to have your apartment home, storage, mailbox, and/or garage lock(s) re-keyed because you have lost your key or for any other reason you agree to pay a re-keying fee of $_____75.00_____ which is due prior to changing your locks.
e) **After Hours Lock Outs:** After office hours, you must contact and pay for a locksmith if you have locked yourself out.
f) **Lock Outs During Office Hours:** If you are locked out of your apartment home during business hours, contact us. A picture I.D. may be required to gain access to your apartment home.

## 4. Patios / Balconies / Private Yards

In the event your community has patios, balconies, or private yards, the following policies apply.

**Items Prohibited**

| | | |
|---|---|---|
| Combustible Materials | Flags | Furniture designed for Indoor Use |
| Firewood | Charcoal & Gas Grills | Bicycles hung from ceilings or walls |
| Unsightly or Heavy Items | Propane Tanks | Laundry |
| Motorcycles | Automobile Tires, Parts, Equipment | Signs |

a) **Resident Responsible for Private Yard:** In the event your apartment home has a private yard and you are responsible for maintenance of the yard, maintenance will include, but not be limited to, mowing, edging, shrub trimming, watering, debris removal, weeding, etc. You agree to maintain the landscaping in a healthy condition (free of weeds, holes, fungus/parasites, pet feces, trash, debris and consistent color in sod, etc.). If your private yard is not maintained to the community standards, we have the right to maintain it and charge our actual cost each time maintenance is required. Upon move-out, we can deduct any amounts owed for damage to the private yard which exceed ordinary wear and tear from the security deposit as allowable under the Lease Contract.
b) **Community Landscaper Utilized for Private Yard:** In the event your apartment home has a private yard and your community landscaper maintains the private yard, there may be an additional monthly fee of $_____0.00_____ required. You are still responsible for maintaining the landscaping in a healthy condition (free of weeds, holes, fungus/parasites, pet feces, trash, debris and consistent color in sod, regular watering, etc.). You agree to provide access so that routine yard management maintenance can occur. If your private yard is not maintained to the community standards, we have the right to maintain it and charge our actual cost each time maintenance is required. Upon move-out, we can deduct any amounts owed for damage to the private yard which exceed ordinary wear and tear from the security deposit paid as allowable under the Lease Contract.

## 5. Gardens

In the event your community has a garden for the enjoyment of all residents, the following policies apply.
a) Unless otherwise posted, the hours are from dawn to dusk.
b) Use at your own risk. In case of emergency, call 911.
c) You agree to plant the garden plot within two weeks of being assigned a designated area.
d) You agree to maintain the designated plot and to keep plants within the assigned/designated area.
e) We encourage an organic gardening program. Use of pesticides, herbicides, and insecticides made from synthetic materials as well as use of chemical fertilizers are not advisable. Slug bait is permitted only when used in enclosed containers, which must be removed from the site after use. Use of raw human and/or animal waste is not allowed due to environmental and health concerns. Fully composted manures, such as steer and chicken manure, are allowed.
f) No illegal plants may be grown, including but not limited to any plant listed by the state agencies and weed control board as noxious weeds.
g) Only water your assigned garden plot.
h) Maintain healthy plants and remove dead plants in a timely manner (not to exceed one week duration).
i) Materials other than plants are prohibited, except items that assist in growth.
j) All tools provided by us must remain in designated areas. We are not responsible for injuries due to the use of tools. If you need any additional tools, they are your responsibility.
k) Debris after planting, any remaining soil, fertilizer, etc. must be swept immediately.
l) Garden plots will expire with your lease, and may be renewed at the time of lease renewal. If you decide not to renew usage, the plot must be cleaned out and left in the original condition. Renewal is not guaranteed.
m) We are not responsible for lost, stolen, or damaged plants or other items.
n) Please be respectful of the neighbors who live around the gardens. No smoking, noise disturbances, or horseplay is allowed.
o) Animals are not allowed in the garden plot areas, except assistance animals.

## 6. Inside or Near the Apartment Home

**6.1 Windows and Doors:** Any window treatment installed by you shall present a uniform appearance with the exterior of the building. The use of foil and other similar materials, on windows is strictly prohibited. You will not obstruct any windows or doors.

**6.2 Welcome Mats and Heavy Items:** You may place a welcome mat in front of your entry door subject to our approval. Rugs or carpet remnants are not permitted. You shall not place any unusually heavy objects on the floor of the Premises, such as pool tables, waterbeds, etc. without our prior written permission. You will not obstruct any doorways, stairs, entry passages, breezeways, courtyards, or halls of the community.

**6.3 Soliciting:** Soliciting is not permitted in the community. Unless allowed by law or following our prior written permission, you shall not distribute, post, or hang any signs, flyers, advertisements, or notices in any portion of the community.

 *Bernard W Gardner*    *Brad Andersen*

**6.4 Fireplace:** In the event your apartment home has a fireplace, you agree to use the fireplace for the intended purpose and at your own risk. Never use flammable liquids to start fires and never burn anything other than seasoned firewood. Clean your hearth of any flammable materials. Do not attempt to clean the inside of the chimney. Report maintenance needs to us immediately. Use a mesh screen and leave glass doors open when burning fires. If applicable, open the flue/damper before lighting a fire. Close the flue/damper only when the fire is completely out, the smoke has ceased to rise, and the wood is cool. Never leave a fire unattended. Put all fires out completely before going to bed or leaving the apartment home.

**6.5 Furniture, Televisions, Appliances:** In the event your apartment home has furniture, televisions, and/or appliances included, you agree to maintain them in a clean condition, reasonable wear and tear excepted. Removal of these items is not allowed. Upon move-out, these items must be placed in the same location they were upon move-in. You will pay the cost to repair, replace, or clean the furniture, televisions, and/or appliances.

**6.6 Wires and Personal Items Outside the Home:** No radio, television other wires are permitted on any part of the apartment home. You shall not store personal items in the outside walkways, breezeways or under stairs.

## 7. Odors

You, your occupants, guests, and invitees acknowledge that we cannot prevent odors in and around your apartment home and community.

**7.1 Resident Responsibilities:** If you create odors, you shall provide proper ventilation so you do not disturb or cause inconvenience to others.

**7.2 Removal of Odors:** If the carpet, walls, A/C ducts, or other items in the apartment home retain odors due to your use or surrounding residents complain about the odors, you will be responsible for the cost for removing unwanted smells and odors.

## 8. Parking and Vehicles

In the event your community has parking for residents, the following policies apply. Guests must park in guest parking only.
a) **Speed Limit:** Unless otherwise posted, the speed limit is ten (10) miles per hour.
b) **Posted Signs:** You are responsible for following all posted signs including height restrictions, mounted mirrors, and traffic control devices.
c) **Unassigned Parking:** In the event parking at your community is unassigned, you can park on a first-come, first-serve basis, except in designated areas. Parking spaces are not guaranteed.
d) **Assigned Parking:** In the event parking at your community is assigned, you must park only in your assigned space.
e) **Limitation of Vehicles:** We will advise you if your community has a limitation on the number of vehicles allowed.
f) **Restricted Vehicles:** Unless specifically allowed in designated areas, including carports and/or garages, the following are not allowed: campers, trailers, boats, buses, large trucks, commercial vehicles, mobile homes, trailers, recreational vehicles and equipment. Violators will be towed away without notice at the vehicle/equipment owner's expense.
g) **No Vehicle Repairs:** Automobile repair work is not allowed on the community. Washing vehicles is not allowed unless there is a designated car care facility.
h) **Vehicle Insurance:** All vehicles will be parked at your own or the vehicle's owner's risk, and you will maintain proper insurance on your vehicles.
i) **No Loitering or Recreational Activities:** You, your occupants, guests, and invitees may not engage in the following activities in parking areas: loitering (standing or waiting around), recreational activities, or disrupting the flow of traffic.
j) Improperly parked, non-operable, abandoned, or unauthorized vehicles or equipment are not permitted in the community and may be removed by us at your expense or the expense of any other person owning same, for storage or public or private sale, at our option with no right of recourse against us. The definition of improperly parked, non-operable, abandoned, or unauthorized vehicles or equipment shall be liberally construed in our favor. In addition, but not limited to their generally accepted definitions, "improperly parked", "non-operable", "abandoned", and "unauthorized" shall also mean vehicles or equipment which: (1) Are noxious, offensive, unsightly, unpleasant or unkempt such as could reasonably affect the appearance or rental marketability of the community or such as could reasonably cause embarrassment, discomfort, annoyance, or nuisance to us or other residents; (2) Are not displaying any required hangtag, decal, or other identifier provided by us; (3) Are left unattended for a period of not less than thirty (30) days without anyone having claimed ownership of it.

## 9. Parking Tags/Stickers

In the event your community requires parking tags/stickers, the parking tag/sticker must be visibly displayed either on the rear-view mirror or taped next to the vehicle registration. We are not responsible for damage to tint or glass due to the sticker. The vehicle can be towed without notice at the vehicle owner's expense in accordance with state law.
a) You agree to advise your guests and invitees to park in the designated guest parking spaces only.
b) If your sticker/tag is lost, stolen, damaged, or not returned upon move-out, a replacement fee of $___50.00___ will be assessed to your account.

## 10. Animals

**10.1 Assistance Animals:** Assistance animals required pursuant to a disability-related need are welcome. Assistance animals must be disclosed to and approved by us. The appropriate reasonable accommodation process will apply.

**10.2 Pet Policies:** No animals of any kind are permitted in your apartment or the community without our prior written consent. In the event your community allows pets, the following policies apply.
a) **No More Than Two Pets:** A maximum of two pets per apartment home is permitted.
b) **Weight Limits:** Pets shall not exceed your community's weight limit.
c) **Restricted Breeds and Prohibited Dogs**: The following breeds are not permitted on the community: Rottweiler, Doberman Pinscher, Pit Bull Terrier/Staffordshire Terrier, Chow, Presa Canarios, Akita, Alaskan Malamutes, Wolf-Hybrid, or any mix thereof. Specific communities may have additional breed restrictions. In addition, we prohibit any dog with a history of biting, injuring any person or animal, or damaging property.
d) **Determination of Breed:** Regardless of your representation as to the breed or classification of any animal, you agree that we shall make the final determination as to the breed or classification of your pet or animal in our sole and absolute discretion. Restricted Breeds shall have the broadest possible meaning, and includes, but is not limited to, any animal displaying physical traits or characteristics of any restricted breed animal, whether by observation or by standards established by the American Kennel Club, or other applicable association, or defined by any law, statute, or ordinance. If applicable, a canine DNA test may be requested at your expense.
e) **Cats:** Cats must be spayed or neutered.
f) **Animals Not Allowed in Amenities:** Animals, except Assistance Animals, are not permitted in the pool, pool area, or community amenity areas such as the business and fitness centers. No animals will be allowed in the pool or spa water.
g) **No Staking Animals:** Animals may not be tied to any fixed object anywhere outside the dwelling units, except in fenced yards (if any) for your exclusive use.
h) **Aquariums:** Aquariums up to 20 gallons are allowed without a pet deposit or fee. Aquariums over 20 gallons may require a pet deposit or fee in addition to proof of renter's insurance.
i) **Secure Animals During Service Requests:** Remove animals or place them in a room behind a closed door or kennel/crate with notification to us.

## 11. Trash Removal and Disposal

a) **Curbside Pick Up:** In the event your community offers curbside trash pick-up, contact us for the scheduled days and times of pick-up. You agree not to leave any trash out on days that are not scheduled for pick-up. We reserve the right to remove curbside trash pick-up service upon written notice to you of the change.
b) **No Curbside Pick Up:** In the event your community does not offer curbside trash pick-up, you shall dispose of your bagged and tied trash inside the compactor/dumpster facility as instructed by us or by the sign near the compactor/dumpster.
c) **Trash Chutes:** In the event your community has trash chutes, contact us for the scheduled hours of operation. Securely tied, kitchen-sized bags are required. No loose items can be put in the trash chute. Do not use the chute for recycling. No boxes or large trash can be placed in the chutes. Contact us for details or questions regarding the use of the trash chutes.
d) **Recycling:** In the event recycling is offered at your community, you are responsible for complying with all recycling regulations.
e) **Potential Charges:** You may be charged $25 per bag for any trash left outside your apartment home or in breezeways. Please contact us if you require further instruction regarding proper disposal of garbage with the compactors, dumpsters, or chutes.

*Bernard W Gardner*      *Brad Andersen*

f) **No Litter:** Do not leave cigarette butts or other trash near or around patios/balconies, under windows, or near entry doors. We reserve the right to assess a fine of $25 per incident.
g) **No Furniture as Trash:** No furniture may be left for trash removal.
h) **Dumpster Use for Residents Only:** Only you and your occupants are permitted to use the dumpster/compactor.
i) **No Dumpster Diving:** Do not retrieve items from the dumpster. Digging or scavenging is prohibited.
j) **General:** Please break down empty boxes. Keep the area clean and litter free. If applicable, close the lid after use.
k) **No Parking in Front of Dumpster:** Parking in front of the dumpster/compactor is not allowed.
l) **Prohibited Items:** You understand that you cannot place the following items in or around the trash dumpster or compactor: propane tanks, flammable or toxic materials, furniture, bedding, appliances, auto batteries, tires, and oil/petroleum products.

## 12. Pest Control

**12.1 Extermination:** Unless prohibited by statute or otherwise stated in your Lease Contract, we may have extermination operations conducted in the apartment home several times a year and as needed to prevent insect infestation. If pest control services are provided, you shall pay the amount of $_____0.00_____ on or before the first day of each month to reimburse us for extermination services to the apartment home. You shall pay such fee in the same time and manner as you pay rent pursuant to your Lease Contract. You must request in writing extermination treatments in addition to those regularly provided by us.

**12.2 Preparations for Extermination:** If the apartment home is not prepared for a scheduled treatment date, we will reschedule treatment at your expense. You agree to perform the tasks necessary to prepare the apartment home for extermination, including:
a) removing people sensitive to the extermination treatment from the apartment home;
b) removing animals or placing them in bedrooms with notification to us;
c) removing animal food bowls;
d) removing all food, utensils, glasses, and dishes and food containers from countertops and floors;
e) removing chain locks or other obstructions on the day of service;
f) removing contents from shelves, cabinets, and floors where pests have been seen;
g) cleaning all cabinets, drawers, and closets in kitchen and pantry; and
h) refraining from wiping out cabinets after the treatment.

**12.3 Notify Us of Health Issues:** You are solely responsible for notifying us in writing prior to extermination of any anticipated health or other concerns related to extermination and the use of pesticides.

**12.4 Your Responsibilities:** To reduce the possibility of pests, you shall: (a) store all food in sealed containers; (b) not leave food or dirty dishes out; (c) empty all cans and bottles and rinse them with water; (d) immediately dispose of unused paper grocery sacks; (e) sweep and mop the kitchen regularly; (vi) vacuum carpets frequently to remove crumbs and other food particles; (f) remove trash immediately; (g) not put wet garbage in the trash; (h) use the garbage disposal if available; (i) not leave windows or doors open allowing pests to enter; and (j) comply with any instructions/protocol from the extermination company.

## 13. Packages / Deliveries

In the event your community accepts packages for residents we do so in our sole discretion and the following policies apply:
a) We will only accept packages from a commercial delivery service (UPS, Federal Express, etc.) and United States Postal Service. We will not accept any package shipped COD or having postage due.
b) In the event your community offers a package locker system, couriers will make all deliveries exclusively through the locker system. Refer to your community for the locker location name to be placed on address delivery label(s), which will instruct couriers of proper delivery.
c) We will not be responsible or liable for any lost or stolen deliveries which we sign for or accept. While your deliveries are in our possession, both during and after office hours, your deliveries are not secured.
d) Pick up your deliveries within 48 hours. If you do not pick up your delivery within 48 hours, we reserve the right to return to sender.
e) Occasionally the number of deliveries may become too great or too cumbersome; therefore, we reserve the right at all times to refuse deliveries.
f) We have no obligation to contact you when accepting packages. This is your and the deliverer's responsibility.
g) Deliveries or service requiring entrance into your apartment home by anyone other than us will be allowed only with your prior written permission.
h) We are not responsible for articles or parcels left at your door or in the office by delivery services.
i) We will not be available after hours to allow you access to your deliveries. You must pick up your packages during regular office hours.
j) You shall not have perishable goods delivered to the office unless your community has approved such delivery in advance or offers refrigerated lockers.
k) We may not accept packages that are over 25 pounds or larger than 2'x2'x2'.
l) You may be required to present a photo ID and/or signature when picking up a package.

## 14. Maintenance Emergencies

Service requests will be handled after office hours if they are emergencies. We define emergencies as the following:
a) Electrical or gas failure of any nature
b) Broken or non-working exterior doors, locks, windows
c) Malfunctioning access gates that are locked and will not open
d) No heat (when outside temperature is below 60 degrees)
e) No air conditioning (when outside temperature is above 85 degrees)
f) No water
g) Overflowing toilet
h) Flooding
i) Broken pipes
j) Fire (call 911 immediately)
k) After business hours, emergency service requests can be reported by calling the office. The on-duty service technician will be notified and will respond as quickly as possible.

## 15. Apartment Home Transfers

When transferring to another apartment home within the community:
a) You shall not replace or transfer your interest in the Lease Contract, or any part hereof, without our prior written consent. If you are in violation of the Lease Contract, you will not be approved for a transfer.
b) You must sign a Transfer form.
c) The criteria for qualifications of credit, income and employment, residence, and criminal must be met for residents that transfer within the lease term or at the end of the lease term.
d) You must fulfill at least 3 months of your current lease term before you will be eligible to transfer to a new apartment home.
e) If applicable, a transfer fee must be paid prior to transferring. A new security deposit may be required to secure the new apartment home. In addition, market rent, new pet deposit/fees (if applicable) and other applicable fees must be paid.
f) You are required to provide a written move-out notice according to your Lease Contract from the current apartment home. The vacated apartment home must be left in the condition described in the move-out cleaning instructions. We will inspect the apartment home and forward statements and deposit refunds to your new address.
g) If you cancel the transfer after the new apartment home has been assigned and taken off the market, you will be responsible for any economic loss sustained resulting from your failure to rent the new apartment home.
h) You shall be responsible for all moving costs including those associated with switching utilities and services to the new apartment home if a transfer is approved.

*Bernard W Gardner*          *Brad Andersen*

## 16. Amenities / Facilities

| | | | | |
|---|---|---|---|---|
| Swimming Pool | BBQ Grill/Fire Pit | Spa or Hot Tub | Club Room | Dog Park/Spa |
| Sports Court | Car Cleaning Facility | Game Room/Theater | Laundry Room | |
| Tanning Facilities | Sauna | Business Center | Fitness Facilities | |
| Video Library | Nature/Hiking Trail | Playground | Roof Top Deck | |

In the event that your community hosts any of the above or other amenities, the following apply:

- In an emergency, call 911
- Attendants are not provided
- Use amenities at your own risk
- Comply with posted signs
- Use equipment in the manner it is intended
- Do not destroy any equipment/amenity
- Report any equipment needing repair or vandalism
- Do not remove any equipment
- Wear appropriate attire
- Be mindful of others when using amenities and limit time as necessary
- Only two guests are allowed and must be accompanied by you
- We are not responsible for accidents, injuries, or lost, stolen, damaged, or misplaced items
- You agree to hold us harmless from any and all claims, damages, or expenses related to the use of amenities

## 17. Amenity / Facility Safety-Related Restrictions

**17.1 Safety-Related Restrictions:** Our community contains amenities/facilities that are intended to enhance the living experience for you and your occupants. You agree that, for safety-related reasons, certain amenities/facilities may require restrictions on use. You agree to abide by posted signs. You further agree that you, your occupants or guests will be supervised, as needed, by someone possessing the proper skills to supervise the particular activity at the amenities/facilities.

**17.2 Residents Shall Exercise Their Own Prudent Judgment:** You, occupants and guests are advised to exercise their own prudent judgment with respect to the unsupervised use of the facilities located throughout the community. By establishing safety-related use restrictions, we are not in any manner representing, guaranteeing or ensuring the safety of any persons when participating in the activities or using the facilities of the community with or without supervision.

## 18. Swimming Pool and Spa / Hot Tub

In the event your community has a pool and/or hot tub for the enjoyment of all residents, the following policies apply. Please follow posted signage.
a) We do not provide, at any time, safety or supervisory personnel at the pools, hot tubs, spas, or any other common area. LIFEGUARDS ARE NOT PROVIDED. SWIM AT YOUR OWN RISK. FOR YOUR SAFETY, DO NOT SWIM ALONE.
b) No diving. Diving may result in injury or death.
c) We cannot and do not assure, guarantee or warrant your safety.
d) Assistance animals are allowed in the pool area if necessary due to a disability-related need; however, no animals will be allowed in the pool or spa water.
e) We are not responsible for accidents, injuries, or lost, stolen, damaged or misplaced items.
f) No jumping into the pool from balconies, patios, fountains, or other structures near the pool.
g) Keep gates closed at all times.
h) Respect others by covering pool furniture with a towel. Do not remove pool furniture from pool areas. Dispose of trash properly.
i) Overexposure to hot water may cause dizziness, nausea, and fainting. Hot water exposure limitations vary from person to person.
j) Check the hot tub temperature before entering the hot tub. Do not use the hot tub if the temperature is above 104 degrees. Do not operate the hot tub if the suction outlet cover is missing, broken, or loose.
k) Do not place electrical appliances (telephone, radio, TV, etc.) within five feet of the pool or hot tub.
l) Appropriate swimwear is required at all times as determined by us. Diapers are not allowed unless they are swim diapers.
m) You are limited to 2 guests to any pool/hot tub area, and you must accompany your guests at all times.

## 19. Sports Courts (Tennis, Volleyball, Basketball, etc.)

In the event your community has sports courts (tennis, volleyball, basketball, etc.) for the enjoyment of all residents, the following policies apply.
a) Motorcycles, bicycles, tricycles, roller blades, skateboards and skates are not permitted on the court surface.
b) Do not sit or lean on the net. Do not hang from or climb on the goal or nets.
c) Proper athletic shoes with rubber soles are required.

## 20. Club Room / Game Room / Theater

In the event that your community provides a club room, game room, and/or theater for the enjoyment of all residents, the following policies apply.
a) No wet clothing permitted.
b) Clubroom hours are determined by us.
c) All items must be returned, in the condition in which they were received prior to leaving.
d) Use the facility at your own risk. Use the equipment only in the manner intended by manufacturer.
e) Do not remove or damage equipment and supplies.

## 21. Tanning Bed, Tanning Dome, or Spray Tan Booth

In the event a tanning device(s) is provided for the enjoyment of all residents, the following policies apply:
a) Failure to use the eye protection may result in permanent damage to your eyes.
b) Overexposure to ultraviolet light (whether from natural or artificial sources) causes burns.
c) Repeated exposure to ultraviolet light (whether from natural or artificial sources) may result in premature aging of the skin and skin cancer.
d) Abnormal skin sensitivity or burning may be caused by reactions of ultraviolet light to certain food, cosmetics, and medications.

## 22. Video / DVD Library

In the event your community provides a video/DVD library, the following policies apply.
a) You acknowledge and agree to be fully responsible for any and all videos/DVDs borrowed by self or other occupants while using the video services provided.
b) All videos/DVDs must be returned in good working condition (except reasonable wear and tear) within 48 hours.
c) We are not responsible for persons borrowing videos/DVDs that may not be suitable for themselves or others.
d) We may charge your account the total amount owed including late charges and/or market value of all items not returned in good working condition.

## 23. Business / Computer Center

In the event your community has a business center for the enjoyment of all residents, the following policies apply:
a) The center is for use by you and occupants only.
b) We are not responsible for lost, stolen or damaged items, content viewed, viruses or loss of information.

 

c) Smoking, food and drinks are prohibited.
d) Please be considerate of others.  Limit computer use to 30 minutes when others are waiting.
e) You must provide their own document/data storage.  Do not install or download any program, file or software on the business center equipment.  Data created, stored or saved on the business center equipment will not be private, may be used by us for any purpose and will likely be deleted.  *Incoming faxes are prohibited.*
f) We reserve the right to monitor, intercept, review, and erase, without further notice, all content created on, transmitted to, received or printed from, or stored or recorded on the courtesy devices.
g) Users should not use the courtesy device to transmit or store personal information, including user names, passwords, addresses, driver's license numbers, social security numbers, bank information, or credit card information.
h) The courtesy device and associated access to the internet may not be used to (a) violate United States, state, or foreign laws; (b) transmit or receive material that is threatening, obscene, harassing, discriminatory, defamatory, illicit, or pornographic; or (c) interfere with or disrupt network users, services, or equipment.
i) Attempts to remove equipment from the business center will engage the alarm system.
j) Users may not alter or damage existing hardware or software.  Do not modify screensavers or background images on business center equipment.
k) Violation of any or all of the above stated rules may result in termination of business center use or other remedies under the lease.

### 24. Barbecue Grill / Outdoor Kitchen / Fire Pit / Fire Place

In the event your community has barbeque grills, outdoor kitchens, fire pits, or fire places for the enjoyment of all residents, the following policies apply.
a) Barbecue grill instructions may be posted at each location or are available from us.  Please contact us before attempting to use these grills.
b) Keep pets and persons requiring supervision away from open flames.
c) Your community may require a deposit or fee to use the facility.  Contact us for further details.
d) Never leave a fire unattended.  Do not leave until the fire is completely out.
e) Keep flammable materials away from the fire.

### 25. Laundry Room

In the event your community has laundry rooms, the following policies apply.
a) Use appropriate settings on washers and dryers.  Any loss or damage to clothing is not our responsibility.
b) No dying of clothes is permitted.
c) Do not wash or dry oversized items.
d) Remove lint from dryer before and after each use.  Wipe down after use.  Please leave machines clean.
e) Facilities are for use by you and occupants only.

### 26.  Dog Park/Spa

In the event your community has a Dog Park or Spa for the enjoyment of all residents, the following policies apply.
a) Animal owners are responsible their animal's behavior, for damage or injury inflicted to or by their animal(s). Animal owners must remain with dogs in fenced area at all times.
b) You are limited to 2 animals per person in the Dog Park or Spa
c) Dogs must be leashed when entering and exiting the park and must be leashed in the transition corridor, if applicable.  You must have a visible leash for each dog at all times.
d) Animals with a known history of dangerous or aggressive behavior are prohibited. Immediately leash your dog(s) and leave the Dog Park if your dog behaves aggressively.
e) Puppies under 6 months of age and female dogs in heat are not allowed in the Dog Park.

### 27.  Roof Top Deck

In the event your community has a roof top deck for the enjoyment of all residents, the following policies apply.
a) You, your occupants and guests shall not walk in any areas on the roof other than the designated walkway and roof top deck itself.
b) Nothing shall be thrown or intentionally dropped over the edge of the roof.  You, upon the first infraction of this policy by you, your occupants or guests, may have use privileges revoked and/or residency terminated.

### 28. Photographs, Digital Images, Video

All residents, occupants, visitors and guests, while in common areas, give Owner, management company, their employees, agents, subsidiaries and authorized vendors the right to record their image and/or voice, and grant Owner and management company all rights to use these sound, still, or moving images in any and all media, now or hereafter known, and for any purpose whatsoever.

A release to Owner, management company, their employees, agents, subsidiaries and authorized vendors is granted for all rights to exhibit this work in all media, including electronic form, publicly or privately. The rights, claims or interest controlling the use of identity or likeness in the sound, still or moving images is waived and any uses described herein may be made without compensation or consideration.

### 29. Wildlife

**29.1 Definition of Wildlife:**  Wildlife can include the presence of alligators, bears, crocodiles, snakes, opossums, raccoons, or other non-domesticated animals.  In the event wildlife is found on the community, you agree to the following.

**29.2 Resident Acknowledgements:**  You assume the risk with respect to having wildlife near your apartment home and acknowledge that we are not liable for any injuries, damages or losses to persons or property caused by or related to the wildlife.

**29.3 Resident Responsibilities:**  You will be responsible for informing occupants, guests and invitees about the wildlife and enforcing their compliance with the following:
You, your occupants and guests will not:
a) feed, get close to, or attempt to catch the wildlife;
b) swim, wade or play near the wildlife;
c) dispose of garbage of scraps near a water source, pond, lake, or other area that may contain wildlife.

### 30. Body of Water (Lake, Pond, Water Features)

You will be responsible for informing occupants, guests and invitees about the bodies of water and enforcing their compliance with the following:
No one will
a) swim or wade in any body of water that is not designated as a swimming pool;
b) boat on any body of water unless approved by us;
c) ice skate or conduct any other type of water sport in or on the bodies of water.

### 31. Elevators

In the event your community has an elevator (s) for the enjoyment of all residents, the following policies apply.
a) Do not attempt to maneuver or stop closing doors.  Wait for the next elevator car.
b) In the event of a fire or other situation that could lead to a disruption in electrical services, take the stairs.
c) When entering and exiting the elevator, watch your step as the elevator car may not be perfectly level with the floor.
d) Do not climb out of a stalled elevator.  Use the alarm, help, or telephone button to call for assistance.

### 32. Construction or Renovation

 Bernard W Gardner      Brad Andersen

In the event your community is under construction or renovation, the following policies apply:

a) **Inform Occupants and Guests:** You will be responsible for informing occupants, guests, and invitees about these policies.

b) **Stay Away from Construction Areas:** You agree to observe all warning signs and blockades. You agree to stay away from the construction areas and shall not climb on or enter onto scaffolding or other construction equipment at any time. You acknowledge there may be construction debris, trip hazards, and uneven surfaces. Construction crews may work throughout the days to complete construction.

c) **Machinery and Equipment:** You acknowledge the construction areas will have machinery and equipment to be used by authorized personnel only and entry into those areas by you, your occupants, guests or invitees is strictly prohibited.

d) **Minor Disturbances:** You acknowledges that the construction/renovation may cause noise, dust, and minor disturbances to the egress/ingress on or about the community and minor disturbances to the quiet and enjoyment of the apartment home.

e) **Amenities May Be Unavailable:** You further agree that the amenities, including the clubhouse, pool, or other common areas, may be unavailable for use by you, your occupants, guests and invitees during the period of construction.

f) **Resident Waives Right to Withhold Rent:** Except as otherwise prohibited by law, you hereby waive any right to withhold rent due to inconvenience or disturbance of quiet enjoyment of your apartment home or the inability to use the amenities or common areas or put forward such noise or construction activity as a breach of our duty pursuant to applicable law.

g) **Move-In Date Not Guaranteed Due to Construction Delays:** You acknowledge that the move-in date cannot be guaranteed in the case of unforeseen construction delays. You acknowledge that you will not be compensated for any unforeseen occupancy delays. If you terminate the Lease Contract early for any reason other than construction delays, you will be responsible for all applicable early termination charges and procedures.

## 33. Prevention of Mold

You agree not to conduct any mold or other environmental testing of your apartment without giving us at least 72 hours advance written notice to enable us to have a representative present during testing. You agree that failure to provide such notice means the testing is not admissible in any legal proceedings.

## 34. Fire/Freezing Weather/Floods/Other Emergencies

Emergency situations may occur during your residency. Please remember that you are responsible for your own safety and the safety of your occupants, guests and invitees. You should look to the proper authorities for any assistance when needs exceed your abilities. Please note the following regarding certain emergency situations.

**34.1 Fire Hazards:**
a) Follow fire safety and fire safety regulations while in the apartment home and community.
b) No flammable or combustible objects/substances are to be stored on patios, balconies, under stairwells, in your garage or storage space and should not be within 30 inches of an item which produces heat (water heater, furnace, stove, oven, candle, curling iron, etc.).
c) Items which require an open flame to operate or which produce heat (e.g., Bunsen burners, sterno/canned heat, lighted candles, alcohol burners, heating elements, irons, curling irons, halogen bulbs, stove, oven) must be supervised at all times during use and should never be left unattended.
d) Do not obstruct or use the driveways, sidewalks, entry passages, stairs, breezeways, courtyards, or halls for any purpose other than ingress or egress.
e) Fireworks are prohibited inside the apartment home or anywhere within the community.

**34.2 Fire Alarms:** In the event residents are given procedures for fire alarms, you, your occupants, guests and invitees are required to adhere to all procedures.
a) You and your occupants, guests, and invitees must not tamper with, interfere with, or damage any alarm equipment and/or installation.
b) In the event the community has a fire sprinkler system, you acknowledge and hereby agree that it is important to be careful near fire sprinkler heads so as not to falsely trigger or activate them. If you trigger or activate the fire sprinkler system, you will be responsible for all damages caused by the activation.
c) Anyone found to falsely pull a fire alarm will be subject to criminal charges, a fine, and/or a default of the Lease Contract.
d) An extension cord must be UL approved, 16 gauges, and not exceed an un-spliced length of six feet with a polarized plug and a single outlet; it may not be placed under floor coverings or furnishings and may not be secured by penetrating the insulation.

**34.3 Freezing Weather:** You shall follow these precautions when subfreezing weather occurs.
a) Leave the heat on 24 hours a day at a temperature setting of no less than 55 degrees. Keep all windows closed.
b) Leave open the cabinet doors under the kitchen sink and bathroom sink to allow heat to get to the plumbing.
c) Drip all your water faucets 24 hours a day. If severe subfreezing weather occurs, it may be necessary to run your faucets at a steady, pencil-lead stream when you are in the apartment home and when you are gone. This includes hot and cold water in your kitchen, bathroom lavatories, bathtubs, shower, wet bar sinks, etc.
d) Leave all drains open and clear of obstacles; including lavatories, sinks and bathtubs.
e) If you notice a water leak, icy spot or other hazardous condition on the community, notify us IMMEDIATELY.

**34.4 Floods:**
a) If heavy rain, storms or flooding is forecast, you should follow the guidelines below. Do not put tape on the windows unless directed by us.
b) Unplug all appliances and televisions. Do not plug appliances back in until the water completely recedes and community personnel give you permission.

## 35. Power Outage

In the event of a power outage that lasts more than 24 hours, we have the right, but not an obligation, to dispose of the contents of the refrigerator/freezer in your apartment home. You waive any claim and hold us harmless for the disposal of such contents. You agree not to seek recovery against us for interruption of power that results in disposal, loss, or spoilage of refrigerated or frozen food.

## 36. Payments

Unless otherwise allowed at your community, we only accept electronic payments. Cash, paper checks, paper money orders or other forms of payment will not be accepted. Credit and Debit Card transactions may not be allowed.

**36.1 ACH, Credit, and Debit Cards:** Automated electronic payments include ACH and Credit and Debit Card transactions. ACH refers to the nationwide network of banking institutions that have agreed to process electronic payments automatically from your bank account to our bank accounts. Virtually all banks and credit unions participate. Credit and debit card transactions refers to credit and debit card transactions, including those cards bearing the Visa, MasterCard, Discover and American Express logos. Collectively, "automated electronic payments" are paperless transactions that occur instantly and automatically without a check being hand-processed through a local bank clearinghouse or the Federal Reserve System.

**36.2 Advantages in Paying Rent via ACH:** There are advantages for you in paying your rent via automated electronic payments, including:
a) Greater convenience since you won't have to worry each month with writing, mailing or delivering a rent check;
b) No late charges since your rent will be paid timely, assuming there are sufficient funds in your checking account;
c) Greater security since there is little chance that a check signed by you will fall into the wrong hands or get lost in the mail; and
d) Proof that you've paid since your bank statement is evidence of payment according to ACH and card network rules.

**36.3 Electronic Money Orders:** We also accept electronic money orders. Details on this payment option are available at the office.

**36.4 Check Scanner:** If your community accepts paper checks and uses a check scanner, you are hereby advised that personal checks remitted for normal payments will be scanned and the funds will be electronically withdrawn from your bank account via "Automated Clearing House" (ACH). If you wish to opt out of this process, you must choose another payment method. Standard ACH bank drafts occur after one business day.

**36.5 Electronic Check Conversion:** If your community accepts paper checks, please be aware that we may use electronic check conversion. This is a process in which your check is used as a source of information (for the check number, your account number, and the number that identifies your financial institution). The information is then used to make a one-time electronic payment from your account (an electronic fund transfer). The check itself is not the method of payment. Your electronic transaction may be processed faster than a check. Be sure you have enough money in your account at

*29 Bernard W Gardner*     *61 Brad Andersen*

the time you make a purchase or payment.  Your financial institution will not return any checks that are converted, even if you normally receive your original checks or images of those checks with your statement.  Always review your regular account statement from your financial institution. You should immediately contact your financial institution if you see a problem. You have only 60 days (from the date your statement was sent) to tell the financial institution about a problem. Depending on the circumstances, the financial institution may take up to 45 days from the time you notify it to complete its investigation.  Your checking account statement will contain information about your payment, including the date, the check number, the name of the person or company you have paid, and the amount of the payment.

## 37. Data and Communication

You understand and accept that we may collect, retain, use, transfer, and disclose personal information, such as the first name, last name, email address, and phone number of you or your occupants in the unit.  We may collect, retain, and use that information, or disclose that information to third parties to, among other things, (a) operate the Property; (b) provide services consistent with the Lease; (c) refer you to third parties that provide products or services that may be of interest to you or your occupants in the unit; (d) collect debts; and (e) conduct and analyze resident surveys.  Please review the privacy policy of the owner's authorized agent at the time of residence for a discussion of the treatment of information during your lease. The current policy may be viewed at https://www.greystar.com/privacy.

Providing an email address or cell phone number to us enables us to send important announcements, including notices regarding an emergency water shut off, work to be done at the Property, or changes in office hours.  By providing this contact information, you and your occupants consent to receive communications regarding marketing materials, promotional offers, community messages, and service reminders via e-mail, voicemail, calls and/or text.

By providing your and your occupants' phone numbers, you acknowledge and agree that we may contact you and your occupants at the phone number(s) that you and your occupants have provided, including through an automatic telephone dialing system and/or an artificial prerecorded voice, with information and notifications about the community and for other non-marketing, informational purposes, including in connection with expiration of your lease.  You further warrant to us that you or your occupants are the subscriber for any wireless number that you or your occupants have provided.  You agree to immediately notify us if you or your occupants are no longer the subscriber for a wireless number, or if a wireless number changes. Text messaging and data rates may apply.

You authorize us to deliver messages regarding renewal of your lease and other offers to you at the telephone number(s) that you have provided, including through the use of an automatic telephone dialing system and/or artificial or prerecorded voice.  You acknowledge and agree that this authorization is made voluntarily.

The permissions and consents granted herein apply to the owner of the community and the owner's authorized agents/representatives, including its property manager, and will continue even after your lease expires, the owner of the community sells the community, or the property manager no longer manages the community.

## 38. Subletting and Replacements

**38.1 When Allowed**:  Replacing a resident, subletting, assigning, or licensing a resident's rights are allowed only when we consent in writing.  Residency at your community is subject to an application and/or approval by us.  Occupancy is restricted to only the named residents and occupants that are identified in your Lease Contract.

**38.2 Advertising Your Apartment**:  You are not allowed to advertise your apartment homes(s) without our written consent.  This prohibition on advertising includes online postings, print advertising or other formats such as craigslist, Airbnb, etc.

## 39.  Conduct

You agree to communicate and conduct yourself at all times in a lawful, courteous, and reasonable manner when interacting with us; our employees, agents, independent contractors, and vendors; other residents, occupants, guests or invitees; or any other person in the community.  Any acts of unlawful, discourteous, or unreasonable communication or conduct by you or your occupants, guests or invitees, shall be a material breach of this Agreement and will entitle us to exercise all of our rights and remedies for default.

You agree not to engage in any abusive behavior, either verbal or physical, or any form of intimidation or aggression directed at us; our employees, agents, independent contractors, and vendors; other residents, occupants, guests or invitees; or any other person in the community.  Any acts of abusive or offensive behavior whether verbal or physical by you or your occupants, guests or invitees, shall be a material breach of this Lease and will entitle us to exercise all of our rights and remedies for default.

If requested by us, you agree to conduct all further business with us in writing.

| Summary | |
|---|---|
| **Section and Description** | **Charge** |
| Additional Controlled Access Device | $ N/A |
| Damaged/Lost/Unreturned Cards/Remotes/Fobs (per device) | $ 75.00 |
| Duplicate/Lost/Unreturned Key | $ 50.00 |
| Re-keying Lock | $ 75.00 |
| Private Yard Maintenance Fine | $ 0.00 |
| Lost/Stolen/Unreturned Parking Tag/Sticker (per item) | $ 50.00 |
| Trash Clean-up (per bag) | $ 25 |
| Litter Fine (per incident) | $ 25 |
| Pest Control Monthly Fee | $ 0.00 |

This is a binding document.  Read carefully before signing.

**Resident(s) Signature(s)** *(18 years of age and over)*

Date: _____

Date: _____

Date: _____

Date: _____

Date: _____

Date: _____

**Owner's Representative Signature:**

_____

*Bernard W Gardner*       *Brad Andersen*

# LEASE ADDENDUM

## PERSONAL LIABILITY INSURANCE REQUIRED

*In this document, the terms "you" and "your" refer to all residents signing below; the terms "we," "us," and "our" refer to the owner or owner's representative named in the Lease Contract (not to the Community Manager or anyone else).*

1. **Addendum.** This Addendum is incorporated into the Lease (referred to in this addendum as "Lease Contract" or "Lease") dated **08/26/2022** between **Arlington City Center LLC** _____ (the "Owner") and **Bernard Gardner** _____

(the "Resident") for the premises located at **#TBD, 101 S. Center St** _____.

2. **Insurance Acknowledgment.** You acknowledge that we do not maintain insurance to protect you against personal injury, loss or damage to your personal property or to cover your own liability for injury, loss or damage you (or your occupants or guests) may cause others. You also acknowledge that you may be responsible to others (including us) for the full cost of any injury, loss or damage caused by your negligent actions or the negligent actions of your occupants or guests, including but not limited to damage caused by fire, smoke, explosion or water damage liability.

3. **Required Renters Insurance Policy.** You are required to purchase and maintain a renter's personal liability insurance policy which provides limits of liability to third parties in an amount not less than $**100000.00** per occurrence through an insurance company or insurance agent authorized to issue insurance in this state. Proof of coverage must be submitted for all leaseholders. Such insurance policies are often referred to as "renter's insurance policies or "liability-only insurance policies." Most renter's insurance policies contain personal liability coverage and also personal property coverage for your own property. You are only required to have personal liability insurance, however we highly recommend that you obtain coverage for your personal property too. Personal property coverage protects your property in the event of theft, fire or weather-related loss to your property. Every leaseholder is required to present proof of personal liability coverage. The policy must identify Insurance Tracking, **P.O. Box 100513, Florence, SC 29502** _____

as a "Party of Interest" or "Interested Party" where the "Party of Interest" or "Interested Party" must be notified within ten (10) days after your insurance company or agent renews, cancels or non-renews your policy. When insurance providers are paperless and only submit communications electronically, they are required to submit documents to greystar@assurant.com. Failure to include Insurance Tracking as the "Party or Interest" or "Interested Party" with the above-listed address and/or greystar@assurant.com will constitute a breach of this Lease.

4. **Insurance Election.** If you choose not to purchase insurance through the carrier of your choice or are unable to secure satisfactory personal liability insurance coverage, you have the option to obtain insurance coverage under an insurance program issued by an insurance carrier we have partnered with. As a resident of this property, you automatically qualify for this coverage with our preferred insurance provider with no underwriting or lengthy application. Participation in this program allows you to conveniently pay the insurance charges with your rent installment. Following your execution of this Lease, you will be sent a link via email or text message to an online insurance portal where you must either enroll in the insurance program offered by our preferred insurance provider or upload proof of insurance if you already have insurance or if you decide to purchase the insurance through a carrier or agency other than our preferred insurance provider.
If you choose to participate in this preferred insurance provider's program, you agree that you will be charged $**14.50** monthly with your rent installment to cover the costs of securing personal liability coverage in an amount of $**100000.00** and personal property coverage in an amount of $**10000.00**. The insurance company will issue a certificate of insurance to you that will describe the limits, conditions and terms of the coverage provided. A description of the insurance coverage and the insurance carrier are available by visiting the online insurance portal. If you have questions regarding the insurance program, including other available options, please call **(800) 249-1104**.

If you decide not to enroll in the preferred insurance provider's program described above, you will be required to upload proof of insurance coverage via the link you receive from donotreply.pol@assurant.com to meet the Lease's insurance requirement. If you do not have access to upload your proof of insurance, you must contact the leasing office and the on-site staff may be able to provide you with an alternative method (e.g. business center computer, iPad, etc.).

5. **Freedom of Choice**. At all times, you are able to purchase insurance through the carrier or agency of your choice and are not required to purchase insurance through a particular carrier or agency, including the preferred insurance provider. However, the insurance you purchase must meet the Lease's minimum requirements at all times. By signing this Addendum you consent to the sharing of information with our preferred insurance provider, which includes, but is not limited to, your name, address, lease status/expiration, current renter's insurance policy information, email address and telephone number(s).

6. **Subrogation Allowed**. You acknowledge that subrogation is allowed by all parties and that this Addendum supersedes any language to the contrary in the Lease. Accordingly, our commercial insurance carrier may make a claim against you for losses it pays as a result of your negligence, and your insurance carrier may make a claim against us for losses it pays as a result of our negligence. We retain the right to hold you responsible for any loss in excess of your insurance coverage.

*Bernard W Gardner*    *Brad Andersen*

7. **Your Insurance Coverage**. By signing this Addendum, you acknowledge that you have purchased (or agree to purchase) the insurance described above or you have agreed to participate in the insurance program. If you purchase insurance through a carrier or agency other than the preferred insurance provider, you must provide proof of insurance via the link you receive by email from donotreply.pol@assurant.com prior to taking possession of the apartment. You further acknowledge that you will keep your insurance policy in-force for the entire term of the Lease. If any material terms of your insurance policy change, you agree to promptly provide proof of the modified policy terms to greystar@assurant.com.

8. **Default.** Unless otherwise prohibited by law, and subject to any right to cure a default under the Lease, any default under the terms of this Addendum shall be deemed a material default of the Lease, and we are entitled to exercise all rights and remedies under the law. If you fail to obtain and maintain personal liability insurance as required by this Addendum, you will be in violation of your Lease. In such event, we may send a written notice to you demanding that you cure the violation by purchasing the required insurance and providing evidence of coverage to us. If you fail to supply evidence of such insurance to us on or before the specified date set forth in your notice, we reserve the right to obtain personal liability insurance coverage on your behalf, and to charge you monthly for the amount of the insurance charges $10.75_____. This is an insurance program provided to us by an insurance company we have partnered with and provides $100000.00 _____ in personal liability insurance to you **but does not include any personal property coverage to protect your property from any loss or damage, including but not limited to from theft, fire or weather**. You may cancel your participation in this insurance program at any time if you purchase your own personal liability insurance policy or renter's insurance policy and provide proof of coverage to greystar@assurant.com. Upon your enrollment in the insurance program set forth in this paragraph, the insurance company will deliver you an insurance certificate evidencing and describing the coverage.

9. **Miscellaneous**.

a. Except as specifically stated in this Addendum, all other terms and conditions of the Lease shall remain unchanged.
b. The insurance required by the Lease Contract is not required by any law. Your obligation to provide insurance stems solely from the Lease Contract.
c. In the event of any conflict between the terms of this Addendum and the terms of the Lease, the terms of this Addendum shall control.

insurance required by the Lease is not an attempt to limit our liability for our own negligence or your liability for your own negligence.

e. CAS Insurance Agency, LLC, a licensed insurance agency and affiliate of property manager, may receive compensation on policies issued by the preferred insurance provider for administrative, brokerage or marketing support. Owner may be receiving compensation or other payments from CAS Insurance Agency, LLC or one of its affiliates where permitted by law.

f. The insurance required by the Lease is not in lieu of, or in any way a component of, any security deposit required by the Lease.

g. **You understand that the personal liability insurance coverage set forth in paragraph 8 may cost more than similar insurance you can purchase on your own and will only cover you for your own liability for injury, loss or damage caused by you (or, in some cases, your occupants or guests) to others and DOES NOT INCLUDE COVERAGE FOR PERSONAL INJURY OR LOSS OR DAMAGE TO YOU OR YOUR PERSONAL PROPERTY. THE PERSONAL LIABILITY INSURANCE DESCRIBED IN PARAGRAPH 8 IS LIMITED IN SCOPE AND MAY NOT FULLY PROTECT YOUR INTERESTS.**

h. You agree that you have not received any oral representations from Owner or any representative of Owner which are inconsistent with or not contained in the Lease Contract, the addenda attached to the Lease Contract, or in the Rules and Regulations. If you have received any such oral representations, you agree that you did not rely on them to decide to enter in the Lease Contract or this Addendum.

i. You must refer to the actual insurance policy or certificate for a complete description of the coverage, as this Addendum only provides a general summary. If you have an annual renter's insurance policy and decide to switch to the insurance program offered by our preferred insurance provider, please compare the terms of coverage between the two policies, as not all policies are the same and coverage may differ.

j. By signing this Addendum, you consent to receive communications from the insurance company via email, text, or other electronic means with respect to insurance related matters.

**By signing below, you acknowledge and agree to be bound to the terms of this Addendum.**

**Resident**
[All residents must sign here]

_____
_____
_____
_____
_____
_____

**Landlord/Property Manager**

_____
Signature

_____
Date

*Bernard W Gardner*    *Brad Andersen*

# 101 Center Blue Moon

## Signature Details

| | Signer | IP Address | Date Signed |
|---|---|---|---|
| | **101 Center Blue Moon** | | |
| 1 | **Bernard W Gardner**<br>Primary (14684352) | 2600:387:f:b19::c | 08/26/2022 12:51:14 PM |
| 2 | **Bernard W Gardner**<br>Primary (14684352) | 2600:387:f:b19::c | 08/26/2022 12:51:14 PM |
| 3 | **Bernard W Gardner**<br>Primary (14684352) | 2600:387:f:b19::c | 08/26/2022 12:51:14 PM |
| 4 | **Bernard W Gardner**<br>Primary (14684352) | 2600:387:f:b19::c | 08/26/2022 12:51:14 PM |
| 5 | **Bernard W Gardner**<br>Primary (14684352) | 2600:387:f:b19::c | 08/26/2022 12:51:14 PM |
| 6 | **Bernard W Gardner**<br>Primary (14684352) | 2600:387:f:b19::c | 08/26/2022 12:51:14 PM |
| 7 | **Bernard W Gardner**<br>Primary (14684352) | 2600:387:f:b19::c | 08/26/2022 12:51:14 PM |
| 8 | **Bernard W Gardner**<br>Primary (14684352) | 2600:387:f:b19::c | 08/26/2022 12:51:14 PM |
| 9 | **Bernard W Gardner**<br>Primary (14684352) | 2600:387:f:b19::c | 08/26/2022 12:51:14 PM |
| 10 | **Bernard W Gardner**<br>Primary (14684352) | 2600:387:f:b19::c | 08/26/2022 12:51:14 PM |
| 11 | **Bernard W Gardner**<br>Primary (14684352) | 2600:387:f:b19::c | 08/26/2022 12:51:14 PM |
| 12 | **Bernard W Gardner**<br>Primary (14684352) | 2600:387:f:b19::c | 08/26/2022 12:51:14 PM |
| 13 | **Bernard W Gardner**<br>Primary (14684352) | 2600:387:f:b19::c | 08/26/2022 12:51:14 PM |
| 14 | **Bernard W Gardner**<br>Primary (14684352) | 2600:387:f:b19::c | 08/26/2022 12:51:14 PM |
| 15 | **Bernard W Gardner**<br>Primary (14684352) | 2600:387:f:b19::c | 08/26/2022 12:51:14 PM |
| 16 | **Bernard W Gardner**<br>Primary (14684352) | 2600:387:f:b19::c | 08/26/2022 12:51:14 PM |
| 17 | **Bernard W Gardner**<br>Primary (14684352) | 2600:387:f:b19::c | 08/26/2022 12:51:14 PM |
| 18 | **Bernard W Gardner**<br>Primary (14684352) | 2600:387:f:b19::c | 08/26/2022 12:51:14 PM |
| 19 | **Bernard W Gardner**<br>Primary (14684352) | 2600:387:f:b19::c | 08/26/2022 12:51:14 PM |
| 20 | **Bernard W Gardner**<br>Primary (14684352) | 2600:387:f:b19::c | 08/26/2022 12:51:14 PM |
| 21 | **Bernard W Gardner**<br>Primary (14684352) | 2600:387:f:b19::c | 08/26/2022 12:51:14 PM |
| 22 | **Bernard W Gardner**<br>Primary (14684352) | 2600:387:f:b19::c | 08/26/2022 12:51:14 PM |
| 23 | **Bernard W Gardner**<br>Primary (14684352) | 2600:387:f:b19::c | 08/26/2022 12:51:14 PM |
| 24 | **Bernard W Gardner**<br>Primary (14684352) | 2600:387:f:b19::c | 08/26/2022 12:51:14 PM |

| | | | |
|---|---|---|---|
| 25 | **Bernard W Gardner**<br>Primary (14684352) | 2600:387:f:b19::c | 08/26/2022 12:51:14 PM |
| 26 | **Bernard W Gardner**<br>Primary (14684352) | 2600:387:f:b19::c | 08/26/2022 12:51:14 PM |
| 27 | **Bernard W Gardner**<br>Primary (14684352) | 2600:387:f:b19::c | 08/26/2022 12:51:14 PM |
| 28 | **Bernard W Gardner**<br>Primary (14684352) | 2600:387:f:b19::c | 08/26/2022 12:51:14 PM |
| 29 | **Bernard W Gardner**<br>Primary (14684352) | 2600:387:f:b19::c | 08/26/2022 12:51:14 PM |
| 30 | **Bernard W Gardner**<br>Primary (14684352) | 2600:387:f:b19::c | 08/26/2022 12:51:14 PM |
| 31 | **Bernard W Gardner**<br>Primary (14684352) | 2600:387:f:b19::c | 08/26/2022 12:51:14 PM |
| 32 | **Bernard W Gardner**<br>Primary (14684352) | 2600:387:f:b19::c | 08/26/2022 12:51:14 PM |
| 33 | **Brad Andersen**<br>Owner/Manager | 72.201.28.42 | 08/26/2022 04:58:45 PM |
| 34 | **Brad Andersen**<br>Owner/Manager | 72.201.28.42 | 08/26/2022 04:58:45 PM |
| 35 | **Brad Andersen**<br>Owner/Manager | 72.201.28.42 | 08/26/2022 04:58:45 PM |
| 36 | **Brad Andersen**<br>Owner/Manager | 72.201.28.42 | 08/26/2022 04:58:45 PM |
| 37 | **Brad Andersen**<br>Owner/Manager | 72.201.28.42 | 08/26/2022 04:58:45 PM |
| 38 | **Brad Andersen**<br>Owner/Manager | 72.201.28.42 | 08/26/2022 04:58:45 PM |
| 39 | **Brad Andersen**<br>Owner/Manager | 72.201.28.42 | 08/26/2022 04:58:45 PM |
| 40 | **Brad Andersen**<br>Owner/Manager | 72.201.28.42 | 08/26/2022 04:58:45 PM |
| 41 | **Brad Andersen**<br>Owner/Manager | 72.201.28.42 | 08/26/2022 04:58:45 PM |
| 42 | **Brad Andersen**<br>Owner/Manager | 72.201.28.42 | 08/26/2022 04:58:45 PM |
| 43 | **Brad Andersen**<br>Owner/Manager | 72.201.28.42 | 08/26/2022 04:58:45 PM |
| 44 | **Brad Andersen**<br>Owner/Manager | 72.201.28.42 | 08/26/2022 04:58:45 PM |
| 45 | **Brad Andersen**<br>Owner/Manager | 72.201.28.42 | 08/26/2022 04:58:45 PM |
| 46 | **Brad Andersen**<br>Owner/Manager | 72.201.28.42 | 08/26/2022 04:58:45 PM |
| 47 | **Brad Andersen**<br>Owner/Manager | 72.201.28.42 | 08/26/2022 04:58:45 PM |
| 48 | **Brad Andersen**<br>Owner/Manager | 72.201.28.42 | 08/26/2022 04:58:45 PM |
| 49 | **Brad Andersen**<br>Owner/Manager | 72.201.28.42 | 08/26/2022 04:58:45 PM |
| 50 | **Brad Andersen**<br>Owner/Manager | 72.201.28.42 | 08/26/2022 04:58:45 PM |
| 51 | **Brad Andersen**<br>Owner/Manager | 72.201.28.42 | 08/26/2022 04:58:45 PM |

| 52 | **Brad Andersen**<br>Owner/Manager | 72.201.28.42 | 08/26/2022 04:58:45 PM |
|----|---|---|---|
| 53 | **Brad Andersen**<br>Owner/Manager | 72.201.28.42 | 08/26/2022 04:58:45 PM |
| 54 | **Brad Andersen**<br>Owner/Manager | 72.201.28.42 | 08/26/2022 04:58:45 PM |
| 55 | **Brad Andersen**<br>Owner/Manager | 72.201.28.42 | 08/26/2022 04:58:45 PM |
| 56 | **Brad Andersen**<br>Owner/Manager | 72.201.28.42 | 08/26/2022 04:58:45 PM |
| 57 | **Brad Andersen**<br>Owner/Manager | 72.201.28.42 | 08/26/2022 04:58:45 PM |
| 58 | **Brad Andersen**<br>Owner/Manager | 72.201.28.42 | 08/26/2022 04:58:45 PM |
| 59 | **Brad Andersen**<br>Owner/Manager | 72.201.28.42 | 08/26/2022 04:58:45 PM |
| 60 | **Brad Andersen**<br>Owner/Manager | 72.201.28.42 | 08/26/2022 04:58:45 PM |
| 61 | **Brad Andersen**<br>Owner/Manager | 72.201.28.42 | 08/26/2022 04:58:45 PM |
| 62 | **Brad Andersen**<br>Owner/Manager | 72.201.28.42 | 08/26/2022 04:58:45 PM |
| 63 | **Brad Andersen**<br>Owner/Manager | 72.201.28.42 | 08/26/2022 04:58:45 PM |
| 64 | **Brad Andersen**<br>Owner/Manager | 72.201.28.42 | 08/26/2022 04:58:45 PM |

# EXHIBIT B

## 101 Center

|  | Summary |
|---|---|
|  | Statement Date: Jul 24, 2023 |
|  | **Outstanding Balance:** $3,790.44 |

**Resident: Gardner, Bernard**
101 Center
#160-A
Arlington TX 76010

Unit: 160-A
Lease Id: 14012945
Lease Start Date: 08/19/2022
Lease End Date: 07/31/2023
Move-out Date: 07/31/2023

## FULL LEDGER

| | Post Date | Post Month | Created On | Trans Id | Charge Code | Memo | Charges | Payments | Balance |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | Jul 04, 2023 | 07/2023 | Jul 04, 2023 12:07 AM CDT | 385583764 | Late Charges | **Late Charges** | $79.82 | | $3,790.44 |
| ☐ | Jul 01, 2023 | 07/2023 | Jul 01, 2023 01:16 AM CDT | 385098740 | Base Rent | **Monthly Base Rent - Posted from 07/01/2023 to 07/31/2023** | $799.00 | | $3,710.62 |
| ☐ | Jul 01, 2023 | 07/2023 | Jun 30, 2023 09:49 AM CDT | 384875015 | Premium Due to CAS Ins. POL | **Premium Due to CAS Ins. POL - 06/28/23 - 07/28/23** | $14.50 | | $2,911.62 |
| ☐ | Jun 30, 2023 | 07/2023 | Jun 30, 2023 03:11 PM CDT | 384958462 | Gas Charges | **Gas Charges - Gas Charges5/10/23- 6/12/23** | $3.64 | | $2,897.12 |
| ☐ | Jun 30, 2023 | 07/2023 | Jun 30, 2023 03:11 PM CDT | 384958461 | Electricity Charges | **Electricity Charges - Electricity Charges5/14/23- 6/13/23** | $5.30 | | $2,893.48 |
| ☐ | Jun 04, 2023 | 06/2023 | Jun 04, 2023 12:07 AM CDT | 382229051 | Late Charges | **Late Charges** | $79.82 | | $2,888.18 |
| ☐ | Jun 01, 2023 | 06/2023 | Jun 01, 2023 08:09 AM CDT | 381395546 | Gas Charges | **Gas Charges - Gas Charges4/14/23- 5/10/23** | $3.44 | | $2,808.36 |
| ☐ | Jun 01, 2023 | 06/2023 | Jun 01, 2023 08:09 AM CDT | 381395545 | Electricity Charges | **Electricity Charges - Electricity Charges4/13/23- 5/14/23** | $0.58 | | $2,804.92 |
| ☐ | Jun 01, 2023 | 06/2023 | Jun 01, 2023 01:47 AM CDT | 381330543 | Base Rent | **Monthly Base Rent - Posted from 06/01/2023 to 06/30/2023** | $799.00 | | $2,804.34 |
| ☐ | Jun 01, 2023 | 06/2023 | May 31, 2023 10:46 AM CDT | 381019465 | Premium Due to CAS Ins. POL | **Premium Due to CAS Ins. POL - 05/28/23 - 06/28/23** | $14.50 | | $2,005.34 |
| ☐ | May 04, 2023 | 05/2023 | May 04, 2023 | 377779087 | Late Charges | **Late Charges** | $79.82 | | $1,990.84 |

7/24/23, 11:45 AM
2023
12:00
AM CDT
Print

Case 23-41083-elm13   Doc 27   Filed 07/24/23   Entered 07/24/23 15:35:50   Desc Main
Document      Page 41 of 44

| | May 01, 2023 | 05/2023 | May 01, 2023 11:57 AM CDT | 376822435 | Gas Charges | Gas Charges - Gas Charges03-13-2023---04-14-2023 | $4.94 | | $1,911.02 |
| | May 01, 2023 | 05/2023 | May 01, 2023 01:35 AM CDT | 376581300 | Base Rent | Monthly Base Rent - Posted from 05/01/2023 to 05/31/2023 | $799.00 | | $1,906.08 |
| | May 01, 2023 | 05/2023 | Apr 30, 2023 09:30 AM CDT | 376304006 | Premium Due to CAS Ins. POL | Premium Due to CAS Ins. POL - 04/28/23 - 05/28/23 | $14.50 | | $1,107.08 |
| | Apr 13, 2023 | 04/2023 | Apr 13, 2023 10:02 AM CDT | 374162122 | Eviction/Legal Recovery | Eviction/Legal Recovery | $150.00 | | $1,092.58 |
| | Apr 13, 2023 | 04/2023 | Apr 13, 2023 10:02 AM CDT | 374162097 | Eviction/Legal Recovery | Eviction/Legal Recovery - Charge for SCRA verification | $40.00 | | $942.58 |
| | Apr 04, 2023 | 04/2023 | Apr 04, 2023 12:07 AM CDT | 372728277 | Late Charges | Late Charges | $79.82 | | $902.58 |
| | Apr 01, 2023 | 04/2023 | Apr 01, 2023 01:47 AM CDT | 371381061 | Base Rent | Monthly Base Rent - Posted from 04/01/2023 to 04/30/2023 | $799.00 | | $822.76 |
| | Apr 01, 2023 | 04/2023 | Mar 31, 2023 03:38 PM CDT | 371128890 | Premium Due to CAS Ins. POL | Premium Due to CAS Ins. POL - 03/28/23 - 04/28/23 | $14.50 | | $23.76 |
| | Mar 28, 2023 | 04/2023 | Mar 28, 2023 12:03 PM CDT | 370293898 | Gas Charges | Gas Charges - Gas Charges02-11-2023---03-13-2023 | $7.00 | | $9.26 |
| | Mar 28, 2023 | 04/2023 | Mar 28, 2023 12:03 PM CDT | 370293897 | Electricity Charges | Electricity Charges - Electricity Charges02-12-2023---03-14-2023 | $2.26 | | $2.26 |
| | Mar 20, 2023 | 03/2023 | Mar 20, 2023 03:22 PM CDT | 369278008 | Payment | Check 21 Payment CK# - Captured | | ($156.26) | $0.00 |
| | Mar 10, 2023 | 03/2023 | Mar 10, 2023 08:48 PM CST | 368289586 | Payment | Visa Payment ID 1554938152 - Captured | | ($794.00) | $156.26 |
| | Mar 09, 2023 | 03/2023 | Mar 16, 2023 02:08 PM CDT | 368913482 | Electricity Charges | Electricity Charges - Electricity Billing Correction 12-12-2022---02-12-2023 | ($25.00) | | $950.26 |
| | Mar 04, 2023 | 03/2023 | Mar 04, 2023 | 367064756 | Late Charges | Late Charges | $79.82 | | $975.26 |

| | Date | Period | Posted | ID | Type | Description | Charge | Payment | Balance |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | Mar 02, 2023 | 03/2023 | Mar 02, 2023 12:45 PM CST | 366463835 | Gas Charges | **Gas Charges - Gas Charges12-13-2022---02-11-2023** | $14.61 | | $895.44 |
| ☐ | Mar 02, 2023 | 03/2023 | Mar 02, 2023 12:45 PM CST | 366463834 | Electricity Charges | **Electricity Charges - Electricity Charges12-12-2022---02-12-2023** | $48.06 | | $880.83 |
| ☐ | Mar 02, 2023 | 03/2023 | Mar 02, 2023 12:35 PM CST | 366459807 | Gas Charges | **Gas Charges - Gas Charges (Split Bill) 12-12-2022---02-12-2023** | $1.39 | | $832.77 |
| ☐ | Mar 01, 2023 | 03/2023 | Mar 01, 2023 02:00 AM CST | 365100640 | Base Rent | **Monthly Base Rent - Posted from 03/01/2023 to 03/31/2023** | $799.00 | | $831.38 |
| ☐ | Mar 01, 2023 | 03/2023 | Feb 28, 2023 09:13 AM CST | 364528567 | Premium Due to CAS Ins. POL | **Premium Due to CAS Ins. POL - 02/28/23 - 03/28/23** | $14.50 | | $32.38 |
| ☐ | Feb 17, 2023 | 02/2023 | Feb 17, 2023 12:18 PM CST | 362699527 | Payment | **Visa Payment ID 1552059326 - Captured** | | ($141.00) | $17.88 |
| ☐ | Feb 03, 2023 | 02/2023 | Feb 03, 2023 02:16 PM CST | 359791143 | Payment | **Mastercard Payment ID 1551075055 - Captured** | | ($580.00) | $158.88 |
| ☐ | Feb 01, 2023 | 02/2023 | Feb 01, 2023 09:32 PM CST | 358582011 | Electricity Charges | **Electricity Charges - Electric Charges 11-10-2022---12-12-2022** | $1.84 | | $738.88 |
| ☐ | Feb 01, 2023 | 02/2023 | Feb 01, 2023 09:32 PM CST | 358581812 | Gas Charges | **Gas Charges - Gas Charges 11-10-2022---12-12-2022** | $8.98 | | $737.04 |
| ☐ | Feb 01, 2023 | 02/2023 | Feb 01, 2023 01:09 PM CST | 357941992 | Payment | **Visa Payment ID 1550295774 - Captured** | | ($104.00) | $728.06 |
| ☐ | Feb 01, 2023 | 02/2023 | Feb 01, 2023 02:24 AM CST | 357183736 | Base Rent | **Monthly Base Rent - Posted from 02/01/2023 to 02/28/2023** | $799.00 | | $832.06 |
| ☐ | Feb 01, 2023 | 02/2023 | Jan 31, 2023 09:43 AM CST | 356353340 | Premium Due to CAS Ins. POL | **Premium Due to CAS Ins. POL - 01/28/23 - 02/28/23** | $14.50 | | $33.06 |
| ☐ | Jan 10, 2023 | 01/2023 | Jan 10, 2023 11:34 AM CST | 350718791 | Gas Charges | **Gas Charges - Gas Charges10-12-2022---11-11-2022** | $8.12 | | $18.56 |
| ☐ | Jan 10, 2023 | 01/2023 | Jan 10, 2023 11:34 AM CST | 350718790 | Electricity Charges | **Electricity Charges - Electricity Charges10-12-** | $10.44 | | $10.44 |

7/24/23 11:45 AM

| | Jan 09, 2023 | 01/2023 | Jan 09, 2023 03:49 PM CST | 350472214 | Payment | Mastercard Payment ID 1548552837 - Captured | | ($244.76) | $0.00 |
|---|---|---|---|---|---|---|---|---|---|
| | Jan 04, 2023 | 01/2023 | Jan 04, 2023 12:00 AM CST | 348345534 | Late Charges | Late Charges | $22.25 | | $244.76 |
| | Jan 03, 2023 | 01/2023 | Jan 03, 2023 12:18 PM CST | 347803361 | Payment | Mastercard Payment ID 1547713014 - Captured | | ($700.00) | $222.51 |
| | Jan 01, 2023 | 01/2023 | Jan 01, 2023 01:49 AM CST | 345535524 | Base Rent | Monthly Base Rent - Posted from 01/01/2023 to 01/31/2023 | $799.00 | | $922.51 |
| | Jan 01, 2023 | 01/2023 | Dec 31, 2022 09:20 AM CST | 345032637 | Premium Due to CAS Ins. POL | Premium Due to CAS Ins. POL - 12/28/22 - 01/28/23 | $14.50 | | $123.51 |
| | Dec 02, 2022 | 12/2022 | Dec 05, 2022 10:41 AM CST | 338181457 | Payment | Check 21 Payment CK# - Captured | | ($799.00) | $109.01 |
| | Dec 02, 2022 | 12/2022 | Dec 02, 2022 01:14 PM CST | 336788758 | Gas Charges | Gas Charges - Gas Charges09-15-2022---10-12-2022 | $6.50 | | $908.01 |
| | Dec 02, 2022 | 12/2022 | Dec 02, 2022 01:13 PM CST | 336788757 | Electricity Charges | Electricity Charges - Electricity Charges09-13-2022---10-12-2022 | $21.61 | | $901.51 |
| | Dec 01, 2022 | 12/2022 | Dec 01, 2022 01:43 AM CST | 334043321 | Base Rent | Monthly Base Rent - Posted from 12/01/2022 to 12/31/2022 | $799.00 | | $879.90 |
| | Dec 01, 2022 | 12/2022 | Nov 30, 2022 07:59 AM CST | 332914670 | Premium Due to CAS Ins. POL | Premium Due to CAS Ins. POL - 11/28/22 - 12/28/22 | $14.50 | | $80.90 |
| | Nov 22, 2022 | 11/2022 | Nov 22, 2022 11:03 AM CST | 330280389 | Gas Charges | Gas Charges - Gas Charges08-10-2022---09-15-2022 | $6.90 | | $66.40 |
| | Nov 22, 2022 | 11/2022 | Nov 22, 2022 11:03 AM CST | 330280388 | Electricity Charges | Electricity Charges - Electricity Charges08-14-2022---09-13-2022 | $16.00 | | $59.50 |
| | Nov 02, 2022 | 11/2022 | Nov 02, 2022 02:03 PM CDT | 321880445 | Payment | Mastercard Payment ID 1541107919 - Captured | | ($799.00) | $43.50 |
| | Nov 01, 2022 | 11/2022 | Nov 01, 2022 01:37 AM CDT | 318622757 | Base Rent | Monthly Base Rent - Posted from 11/01/2022 to 11/30/2022 | $799.00 | | $842.50 |

4/5

|  | Date | Period | Posted | ID | Type | Description | Charge | Payment | Balance |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | Nov 01, 2022 | 11/2022 | Oct 31, 2022 09:19 AM CDT | 317273139 | Premium Due to CAS Ins. POL | Premium Due to CAS Ins. POL - 10/28/22 - 11/28/22 | $14.50 |  | $43.50 |
| ☐ | Oct 04, 2022 | 10/2022 | Oct 04, 2022 04:42 PM CDT | 305038579 | Payment | Check 21 Payment CK# - Captured |  | ($799.00) | $29.00 |
| ☐ | Oct 01, 2022 | 10/2022 | Oct 01, 2022 01:36 AM CDT | 299492441 | Base Rent | Monthly Base Rent - Posted from 10/01/2022 to 10/31/2022 | $799.00 |  | $828.00 |
| ☐ | Oct 01, 2022 | 10/2022 | Sep 30, 2022 08:02 AM CDT | 297904810 | Premium Due to CAS Ins. POL | Premium Due to CAS Ins. POL - 09/28/22 - 10/28/22 | $14.50 |  | $29.00 |
| ☐ | Sep 02, 2022 | 09/2022 | Sep 02, 2022 11:25 AM CDT | 288134033 | Utility Setup/Admin Fee | Utility Setup/Admin Fee | $66.00 |  | $14.50 |
| ☐ | Sep 01, 2022 | 09/2022 | Sep 02, 2022 11:28 AM CDT | 288135780 | Base Rent | Monthly Base Rent - Posted from 09/01/2022 to 09/30/2022 | $799.00 |  | ($51.50) |
| ☐ | Sep 01, 2022 | 09/2022 | Aug 31, 2022 01:48 PM CDT | 286194474 | Premium Due to CAS Ins. POL | Premium Due to CAS Ins. POL - 08/28/22 - 09/28/22 | $14.50 |  | ($850.50) |
| ☐ | Aug 29, 2022 | 08/2022 | Aug 29, 2022 06:46 PM CDT | 285488487 | Payment | Check 21 Payment CK# - Captured |  | ($865.00) | ($865.00) |
| ☐ | Aug 26, 2022 | 08/2022 | Aug 26, 2022 07:44 AM CDT | 284722041 | Security Deposit - Application Completed | Security Deposit - Application Completed | $150.00 |  | $0.00 |
| ☐ | Aug 26, 2022 | 08/2022 | Aug 26, 2022 07:44 AM CDT | 284722040 | Application Fee | Application Fee | $99.00 |  | ($150.00) |
| ☐ | Aug 26, 2022 | 08/2022 | Aug 26, 2022 07:44 AM CDT | 284722039 | Payment | Visa Payment ID 1533284900 - Captured |  | ($99.00) | ($249.00) |
| ☐ | Aug 26, 2022 | 08/2022 | Aug 26, 2022 07:44 AM CDT | 284722038 | Payment | Visa Payment ID 1533284899 - Captured |  | ($150.00) | ($150.00) |